**Exhibit A**

| Defendant | IP | Time (GMT) | ISP |
|---|---|---|---|
| Doe 1 | 75.130.140.47 | 11/4/10 3:39 AM | Charter Communications |
| Doe 2 | 74.70.8.63 | 9/23/10 8:46 AM | Road Runner |
| Doe 3 | 74.69.161.4 | 10/26/10 10:38 PM | Road Runner |
| Doe 4 | 74.61.59.104 | 10/15/10 2:31 PM | Clearwire Corporation |
| Doe 5 | 74.61.148.207 | 11/16/10 2:50 AM | Clearwire Corporation |
| Doe 6 | 74.60.13.204 | 11/18/10 12:43 PM | Clearwire Corporation |
| Doe 7 | 74.137.200.16 | 9/30/10 8:05 AM | Insight Communications Company |
| Doe 8 | 74.132.242.226 | 9/28/10 6:12 PM | Insight Communications Company |
| Doe 9 | 74.128.165.148 | 11/14/10 5:07 PM | Insight Communications Company |
| Doe 10 | 74.111.219.220 | 9/9/10 5:23 PM | Verizon Internet Services |
| Doe 11 | 74.71.221.130 | 9/10/10 12:38 AM | Road Runner |
| Doe 12 | 74.73.67.145 | 9/19/10 5:04 AM | Road Runner |
| Doe 13 | 74.76.23.47 | 10/15/10 12:23 AM | Road Runner |
| Doe 14 | 75.118.166.1 | 9/17/10 6:58 PM | WideOpenWest |
| Doe 15 | 74.96.239.34 | 10/25/10 3:23 AM | Verizon Internet Services |
| Doe 16 | 74.79.228.174 | 9/6/10 1:47 PM | Road Runner |
| Doe 17 | 74.76.95.105 | 10/25/10 9:32 PM | Road Runner |
| Doe 18 | 74.76.92.76 | 11/12/10 6:42 AM | Road Runner |
| Doe 19 | 74.76.92.5 | 9/19/10 1:53 AM | Road Runner |
| Doe 20 | 74.76.90.185 | 11/7/10 11:09 PM | Road Runner |
| Doe 21 | 74.76.88.164 | 10/15/10 12:59 PM | Road Runner |
| Doe 22 | 74.76.49.113 | 11/15/10 4:04 AM | Road Runner |
| Doe 23 | 74.108.141.206 | 9/6/10 3:49 PM | Verizon Internet Services |
| Doe 24 | 74.106.230.233 | 11/16/10 2:51 AM | Verizon Internet Services |
| Doe 25 | 72.40.32.11 | 11/16/10 2:50 AM | EarthLink |
| Doe 26 | 72.223.96.163 | 11/16/10 10:58 PM | Cox Communications |
| Doe 27 | 72.223.84.75 | 9/6/10 2:03 AM | Cox Communications |
| Doe 28 | 72.223.121.206 | 9/16/10 11:23 AM | Cox Communications |
| Doe 29 | 72.220.15.161 | 10/10/10 4:51 AM | Cox Communications |
| Doe 30 | 72.213.205.47 | 9/10/10 3:08 AM | Cox Communications |
| Doe 31 | 72.211.168.201 | 11/6/10 3:20 AM | Cox Communications |
| Doe 32 | 72.204.154.178 | 11/10/10 10:05 PM | Cox Communications |
| Doe 33 | 72.201.5.131 | 10/11/10 4:29 PM | Cox Communications |
| Doe 34 | 72.64.220.5 | 10/29/10 9:45 AM | Verizon Internet Services |
| Doe 35 | 72.68.141.123 | 9/20/10 1:17 PM | Verizon Internet Services |
| Doe 36 | 72.69.203.74 | 11/6/10 5:34 AM | Verizon Internet Services |
| Doe 37 | 74.105.37.147 | 10/9/10 12:02 AM | Verizon Internet Services |
| Doe 38 | 74.105.27.162 | 10/18/10 3:44 PM | Verizon Internet Services |
| Doe 39 | 74.102.110.251 | 10/25/10 11:08 AM | Verizon Internet Services |

| | | | |
|---|---|---|---|
| Doe 40 | 72.94.47.92 | 9/16/10 12:45 PM | Verizon Internet Services |
| Doe 41 | 72.86.9.81 | 10/29/10 11:24 PM | Verizon Internet Services |
| Doe 42 | 72.86.1.166 | 11/8/10 8:34 PM | Verizon Internet Services |
| Doe 43 | 72.69.75.14 | 11/9/10 9:53 AM | Verizon Internet Services |
| Doe 44 | 72.69.207.103 | 11/13/10 5:23 AM | Verizon Internet Services |
| Doe 45 | 72.69.205.228 | 11/9/10 11:48 PM | Verizon Internet Services |
| Doe 46 | 72.201.20.219 | 9/19/10 9:50 PM | Cox Communications |
| Doe 47 | 76.121.108.13 | 11/16/10 1:42 AM | Comcast Cable |
| Doe 48 | 76.103.204.183 | 11/8/10 10:08 PM | Comcast Cable |
| Doe 49 | 76.103.162.190 | 10/26/10 5:21 AM | Comcast Cable |
| Doe 50 | 76.102.49.227 | 10/10/10 2:52 AM | Comcast Cable |
| Doe 51 | 76.100.98.11 | 10/16/10 2:12 AM | Comcast Cable |
| Doe 52 | 76.100.70.105 | 11/10/10 1:16 PM | Comcast Cable |
| Doe 53 | 75.99.251.122 | 9/25/10 1:45 AM | Optimum Online |
| Doe 54 | 75.92.136.29 | 10/28/10 3:32 AM | Clearwire Corporation |
| Doe 55 | 75.85.249.55 | 9/14/10 9:02 PM | Road Runner |
| Doe 56 | 75.85.177.79 | 11/9/10 6:24 PM | Road Runner |
| Doe 57 | 76.105.173.185 | 10/19/10 4:12 PM | Comcast Cable |
| Doe 58 | 76.106.57.183 | 9/18/10 9:45 PM | Comcast Cable |
| Doe 59 | 76.111.181.147 | 10/12/10 6:48 AM | Comcast Cable |
| Doe 60 | 76.121.10.119 | 9/22/10 5:19 PM | Comcast Cable |
| Doe 61 | 76.120.72.81 | 10/25/10 9:26 PM | Comcast Cable |
| Doe 62 | 76.119.227.239 | 11/7/10 5:56 PM | Comcast Cable |
| Doe 63 | 76.119.137.177 | 10/18/10 7:13 PM | Comcast Cable |
| Doe 64 | 76.115.238.185 | 11/12/10 12:45 PM | Comcast Cable |
| Doe 65 | 76.115.196.222 | 9/27/10 6:50 PM | Comcast Cable |
| Doe 66 | 76.114.62.167 | 10/5/10 4:42 AM | Comcast Cable |
| Doe 67 | 76.114.12.137 | 10/14/10 8:22 AM | Comcast Cable |
| Doe 68 | 76.111.27.129 | 10/2/10 10:47 PM | Comcast Cable |
| Doe 69 | 75.80.167.56 | 9/10/10 2:18 AM | Road Runner |
| Doe 70 | 75.80.160.130 | 11/17/10 11:11 PM | Road Runner |
| Doe 71 | 75.67.15.202 | 11/2/10 9:11 PM | Comcast Cable |
| Doe 72 | 75.177.180.48 | 9/5/10 6:13 PM | Road Runner |
| Doe 73 | 75.176.74.176 | 11/9/10 11:49 AM | Road Runner |
| Doe 74 | 75.176.4.81 | 10/20/10 3:48 PM | Road Runner |
| Doe 75 | 75.175.99.160 | 10/3/10 7:31 AM | Qwest Communications |
| Doe 76 | 75.172.62.158 | 10/12/10 5:51 PM | Qwest Communications |
| Doe 77 | 75.142.193.16 | 11/15/10 6:10 PM | Charter Communications |
| Doe 78 | 75.140.154.66 | 10/20/10 2:09 AM | Charter Communications |
| Doe 79 | 75.137.97.175 | 10/1/10 2:19 PM | Charter Communications |
| Doe 80 | 75.67.226.148 | 9/10/10 6:48 AM | Comcast Cable |
| Doe 81 | 75.68.49.174 | 11/12/10 10:53 PM | Comcast Cable |

| Doe 82 | 75.69.209.11 | 10/6/10 1:28 AM | Comcast Cable |
| Doe 83 | 75.74.174.94 | 10/20/10 9:12 AM | Comcast Cable |
| Doe 84 | 75.73.47.25 | 10/6/10 6:49 PM | Comcast Cable |
| Doe 85 | 75.73.168.180 | 11/6/10 4:10 PM | Comcast Cable |
| Doe 86 | 75.73.14.36 | 9/26/10 10:02 PM | Comcast Cable |
| Doe 87 | 75.72.95.96 | 10/2/10 7:45 PM | Comcast Cable |
| Doe 88 | 75.72.250.12 | 9/27/10 12:09 AM | Comcast Cable |
| Doe 89 | 75.72.149.68 | 11/14/10 5:20 PM | Comcast Cable |
| Doe 90 | 75.72.138.244 | 9/28/10 5:26 AM | Comcast Cable |
| Doe 91 | 75.69.8.138 | 10/27/10 1:00 AM | Comcast Cable |
| Doe 92 | 75.130.213.217 | 10/18/10 2:19 PM | Charter Communications |
| Doe 93 | 71.238.186.185 | 11/10/10 11:17 AM | Comcast Cable |
| Doe 94 | 71.208.103.230 | 10/21/10 8:48 PM | Qwest Communications |
| Doe 95 | 71.205.33.51 | 11/5/10 1:44 AM | Comcast Cable |
| Doe 96 | 71.205.14.207 | 10/8/10 7:23 PM | Comcast Cable |
| Doe 97 | 71.204.181.185 | 9/5/10 4:55 PM | Comcast Cable |
| Doe 98 | 71.204.149.93 | 9/17/10 11:02 PM | Comcast Cable |
| Doe 99 | 71.201.81.33 | 10/21/10 2:33 AM | Comcast Cable |
| Doe 100 | 71.201.208.211 | 10/3/10 4:48 PM | Comcast Cable |
| Doe 101 | 71.200.55.207 | 11/2/10 11:15 PM | Comcast Cable |
| Doe 102 | 71.199.83.202 | 9/25/10 1:04 AM | Comcast Cable |
| Doe 103 | 71.21.12.186 | 9/10/10 6:38 AM | Clearwire Corporation |
| Doe 104 | 71.226.183.225 | 9/11/10 1:58 AM | Comcast Cable |
| Doe 105 | 71.229.222.9 | 10/3/10 10:36 PM | Comcast Cable |
| Doe 106 | 71.233.46.89 | 9/12/10 12:53 PM | Comcast Cable |
| Doe 107 | 71.233.146.98 | 9/15/10 10:13 PM | Comcast Cable |
| Doe 108 | 71.232.85.245 | 9/27/10 4:23 PM | Comcast Cable |
| Doe 109 | 71.232.25.115 | 10/12/10 11:35 PM | Comcast Cable |
| Doe 110 | 71.232.134.5 | 10/1/10 6:08 AM | Comcast Cable |
| Doe 111 | 71.231.30.146 | 10/22/10 9:54 PM | Comcast Cable |
| Doe 112 | 71.231.168.137 | 9/18/10 9:47 AM | Comcast Cable |
| Doe 113 | 71.231.109.143 | 10/21/10 12:01 AM | Comcast Cable |
| Doe 114 | 71.229.229.34 | 9/10/10 4:13 AM | Comcast Cable |
| Doe 115 | 71.198.141.247 | 9/21/10 10:24 AM | Comcast Cable |
| Doe 116 | 71.196.193.96 | 9/14/10 9:55 AM | Comcast Cable |
| Doe 117 | 71.127.148.2 | 10/28/10 6:59 PM | Verizon Internet Services |
| Doe 118 | 71.124.37.113 | 10/18/10 4:31 AM | Verizon Internet Services |
| Doe 119 | 71.124.125.4 | 10/16/10 10:59 PM | Verizon Internet Services |
| Doe 120 | 71.124.119.82 | 10/27/10 1:05 AM | Verizon Internet Services |
| Doe 121 | 71.117.214.235 | 10/21/10 7:46 PM | Verizon Internet Services |
| Doe 122 | 71.108.140.34 | 10/26/10 10:05 PM | Verizon Internet Services |
| Doe 123 | 71.103.94.38 | 11/6/10 1:37 AM | Verizon Internet Services |

| Doe 124 | 71.100.157.157 | 11/3/10 6:00 PM | Verizon Internet Services |
| Doe 125 | 71.10.68.217 | 11/19/10 3:40 PM | Charter Communications |
| Doe 126 | 71.15.80.132 | 10/17/10 5:01 PM | Charter Communications |
| Doe 127 | 71.170.149.50 | 10/25/10 2:12 AM | Verizon Internet Services |
| Doe 128 | 71.172.239.110 | 10/9/10 1:15 PM | Verizon Internet Services |
| Doe 129 | 71.195.253.120 | 10/24/10 8:13 AM | Comcast Cable |
| Doe 130 | 71.194.240.179 | 10/15/10 7:28 PM | Comcast Cable |
| Doe 131 | 71.194.184.161 | 10/15/10 8:03 PM | Comcast Cable |
| Doe 132 | 71.193.17.142 | 9/19/10 1:17 PM | Comcast Cable |
| Doe 133 | 71.191.77.139 | 10/28/10 5:02 AM | Verizon Internet Services |
| Doe 134 | 71.191.205.54 | 9/15/10 5:57 PM | Verizon Internet Services |
| Doe 135 | 71.191.141.34 | 9/30/10 10:56 PM | Verizon Internet Services |
| Doe 136 | 71.188.92.101 | 9/5/10 4:23 PM | Verizon Internet Services |
| Doe 137 | 71.183.234.151 | 9/10/10 2:03 PM | Verizon Internet Services |
| Doe 138 | 70.94.92.119 | 9/10/10 7:39 PM | Road Runner |
| Doe 139 | 72.200.84.92 | 11/6/10 10:06 PM | Cox Communications |
| Doe 140 | 72.177.219.98 | 11/4/10 11:12 AM | Road Runner |
| Doe 141 | 72.177.173.233 | 9/14/10 7:52 PM | Road Runner |
| Doe 142 | 72.130.62.235 | 10/10/10 9:47 PM | Road Runner |
| Doe 143 | 72.129.75.161 | 9/5/10 7:33 PM | Road Runner |
| Doe 144 | 72.129.13.101 | 9/17/10 11:53 PM | Road Runner |
| Doe 145 | 72.128.9.122 | 9/25/10 5:19 AM | Road Runner |
| Doe 146 | 71.97.144.106 | 9/19/10 3:23 PM | Verizon Internet Services |
| Doe 147 | 71.92.69.91 | 10/9/10 5:15 AM | Charter Communications |
| Doe 148 | 71.87.69.149 | 11/8/10 3:59 PM | Charter Communications |
| Doe 149 | 72.178.167.129 | 9/6/10 2:26 AM | Road Runner |
| Doe 150 | 72.184.80.82 | 10/25/10 8:22 AM | Road Runner |
| Doe 151 | 72.185.105.73 | 10/28/10 6:34 AM | Road Runner |
| Doe 152 | 72.200.34.217 | 10/26/10 11:53 PM | Cox Communications |
| Doe 153 | 72.200.213.83 | 9/6/10 2:47 PM | Cox Communications |
| Doe 154 | 72.199.218.216 | 10/13/10 4:11 PM | Cox Communications |
| Doe 155 | 72.196.134.102 | 10/21/10 4:08 AM | Cox Communications |
| Doe 156 | 72.193.16.169 | 10/12/10 4:43 AM | Cox Communications |
| Doe 157 | 72.192.218.60 | 9/6/10 11:51 AM | Cox Communications |
| Doe 158 | 72.188.140.115 | 9/13/10 7:39 AM | Road Runner |
| Doe 159 | 72.186.244.185 | 10/18/10 12:01 PM | Road Runner |
| Doe 160 | 72.186.213.224 | 9/19/10 6:41 PM | Road Runner |
| Doe 161 | 71.84.32.32 | 9/14/10 12:04 PM | Charter Communications |
| Doe 162 | 71.8.231.132 | 11/17/10 2:25 PM | Charter Communications |
| Doe 163 | 71.34.85.36 | 11/16/10 8:20 PM | Qwest Communications |
| Doe 164 | 71.30.160.250 | 10/1/10 4:12 PM | Windstream Communications |
| Doe 165 | 71.252.192.62 | 9/19/10 6:43 PM | Verizon Internet Services |

| Doe 166 | 71.241.242.136 | 9/6/10 5:26 AM | Verizon Internet Services |
| Doe 167 | 71.239.88.46 | 9/17/10 10:22 PM | Comcast Cable |
| Doe 168 | 71.239.244.94 | 9/12/10 9:04 AM | Comcast Cable |
| Doe 169 | 71.239.215.1 | 9/10/10 2:08 AM | Comcast Cable |
| Doe 170 | 71.239.167.159 | 11/17/10 6:21 AM | Comcast Cable |
| Doe 171 | 71.239.123.87 | 9/14/10 5:33 PM | Comcast Cable |
| Doe 172 | 71.41.193.250 | 11/9/10 9:27 PM | Road Runner |
| Doe 173 | 71.57.142.10 | 10/17/10 5:42 AM | Comcast Cable |
| Doe 174 | 71.57.79.206 | 10/23/10 5:14 PM | Comcast Cable |
| Doe 175 | 71.75.219.141 | 11/9/10 11:53 AM | Road Runner |
| Doe 176 | 71.67.123.8 | 11/10/10 8:12 AM | Road Runner |
| Doe 177 | 71.67.107.12 | 10/13/10 5:34 AM | Road Runner |
| Doe 178 | 71.67.104.38 | 9/25/10 12:17 PM | Road Runner |
| Doe 179 | 71.63.171.66 | 9/19/10 4:25 AM | Comcast Cable |
| Doe 180 | 71.62.86.218 | 9/21/10 4:22 PM | Comcast Cable |
| Doe 181 | 71.61.74.112 | 9/14/10 12:14 AM | Comcast Cable |
| Doe 182 | 71.61.64.70 | 10/24/10 12:06 PM | Comcast Cable |
| Doe 183 | 71.60.47.0 | 10/7/10 5:51 PM | Comcast Cable |
| Doe 184 | 71.238.253.191 | 11/15/10 7:34 PM | Comcast Cable |
| Doe 185 | 76.122.181.64 | 11/5/10 12:47 AM | Comcast Cable |
| Doe 186 | 98.20.252.108 | 10/19/10 1:03 PM | Windstream Communications |
| Doe 187 | 98.170.214.58 | 9/5/10 2:24 PM | Cox Communications |
| Doe 188 | 98.166.248.235 | 11/15/10 8:14 PM | Cox Communications |
| Doe 189 | 98.164.24.48 | 11/10/10 5:39 PM | Cox Communications |
| Doe 190 | 98.164.210.72 | 11/7/10 10:58 PM | Cox Communications |
| Doe 191 | 98.160.225.137 | 11/19/10 1:57 AM | Cox Communications |
| Doe 192 | 98.160.131.199 | 9/16/10 11:54 PM | Cox Communications |
| Doe 193 | 98.155.74.95 | 10/11/10 2:34 PM | Road Runner |
| Doe 194 | 98.154.81.226 | 11/19/10 5:57 AM | Road Runner |
| Doe 195 | 98.151.233.182 | 11/4/10 9:54 AM | Road Runner |
| Doe 196 | 98.179.189.225 | 9/9/10 4:19 PM | Cox Communications |
| Doe 197 | 98.183.230.154 | 11/16/10 9:04 AM | Cox Communications |
| Doe 198 | 98.185.243.147 | 10/15/10 9:40 PM | Cox Communications |
| Doe 199 | 98.20.224.69 | 10/13/10 5:18 AM | Windstream Communications |
| Doe 200 | 98.20.194.87 | 9/18/10 11:58 AM | Windstream Communications |
| Doe 201 | 98.20.163.153 | 9/13/10 12:50 AM | Windstream Communications |
| Doe 202 | 98.20.148.110 | 10/6/10 6:51 PM | Windstream Communications |
| Doe 203 | 98.198.170.16 | 10/11/10 3:16 AM | Comcast Cable |
| Doe 204 | 98.193.248.104 | 9/6/10 3:51 PM | Comcast Cable |
| Doe 205 | 98.193.231.153 | 10/21/10 11:31 PM | Comcast Cable |
| Doe 206 | 98.191.123.98 | 10/12/10 3:19 PM | Cox Communications |
| Doe 207 | 98.19.64.148 | 9/6/10 1:33 AM | Windstream Communications |

| | | | |
|---|---|---|---|
| Doe 208 | 98.150.152.201 | 9/17/10 9:47 PM | Road Runner |
| Doe 209 | 98.149.70.111 | 11/15/10 4:51 AM | Road Runner |
| Doe 210 | 98.109.47.149 | 9/10/10 4:16 AM | Verizon Internet Services |
| Doe 211 | 97.97.34.36 | 10/7/10 9:20 AM | Road Runner |
| Doe 212 | 97.96.4.96 | 9/23/10 1:13 AM | Road Runner |
| Doe 213 | 97.80.65.242 | 9/26/10 7:04 AM | Charter Communications |
| Doe 214 | 97.124.81.134 | 9/15/10 7:19 AM | Qwest Communications |
| Doe 215 | 97.120.73.250 | 11/4/10 5:35 AM | Qwest Communications |
| Doe 216 | 97.117.180.73 | 9/28/10 12:38 PM | Qwest Communications |
| Doe 217 | 97.115.21.39 | 9/20/10 9:34 PM | Qwest Communications |
| Doe 218 | 97.113.4.85 | 11/7/10 12:35 PM | Qwest Communications |
| Doe 219 | 98.110.171.16 | 10/1/10 9:45 PM | Verizon Internet Services |
| Doe 220 | 98.113.168.46 | 10/2/10 1:02 PM | Verizon Internet Services |
| Doe 221 | 98.114.20.181 | 10/18/10 8:26 PM | Verizon Internet Services |
| Doe 222 | 98.149.68.84 | 11/19/10 12:44 AM | Road Runner |
| Doe 223 | 98.145.79.158 | 10/7/10 5:44 AM | Road Runner |
| Doe 224 | 98.121.72.194 | 9/15/10 6:33 AM | Road Runner |
| Doe 225 | 98.118.187.245 | 9/6/10 4:29 AM | Verizon Internet Services |
| Doe 226 | 98.117.96.119 | 10/3/10 10:13 PM | Verizon Internet Services |
| Doe 227 | 98.117.214.150 | 11/19/10 4:37 AM | Verizon Internet Services |
| Doe 228 | 98.117.148.156 | 10/8/10 3:44 AM | Verizon Internet Services |
| Doe 229 | 98.116.182.106 | 9/6/10 2:27 PM | Verizon Internet Services |
| Doe 230 | 98.116.157.34 | 11/8/10 12:33 AM | Verizon Internet Services |
| Doe 231 | 97.113.12.128 | 11/5/10 7:30 PM | Qwest Communications |
| Doe 232 | 98.31.10.21 | 9/12/10 3:30 PM | Road Runner |
| Doe 233 | 98.237.157.72 | 10/24/10 12:55 PM | Comcast Cable |
| Doe 234 | 98.237.112.72 | 10/16/10 11:15 PM | Comcast Cable |
| Doe 235 | 98.236.83.188 | 9/29/10 3:31 PM | Comcast Cable |
| Doe 236 | 98.236.73.240 | 10/8/10 5:03 AM | Comcast Cable |
| Doe 237 | 98.234.23.224 | 10/24/10 6:11 AM | Comcast Cable |
| Doe 238 | 98.234.222.137 | 9/6/10 1:40 AM | Comcast Cable |
| Doe 239 | 98.232.204.33 | 10/5/10 4:05 AM | Comcast Cable |
| Doe 240 | 98.230.160.107 | 10/15/10 6:02 PM | Comcast Cable |
| Doe 241 | 98.229.49.94 | 11/12/10 3:18 AM | Comcast Cable |
| Doe 242 | 98.237.172.3 | 10/12/10 3:33 AM | Comcast Cable |
| Doe 243 | 98.238.9.235 | 10/11/10 4:22 AM | Comcast Cable |
| Doe 244 | 98.242.179.185 | 9/14/10 3:58 AM | Comcast Cable |
| Doe 245 | 98.27.45.169 | 11/7/10 12:24 PM | Road Runner |
| Doe 246 | 98.252.223.120 | 11/7/10 7:37 PM | Comcast Cable |
| Doe 247 | 98.250.16.225 | 11/10/10 9:12 PM | Comcast Cable |
| Doe 248 | 98.246.61.12 | 10/30/10 12:52 AM | Comcast Cable |
| Doe 249 | 98.245.129.175 | 9/6/10 4:42 AM | Comcast Cable |

| Doe 250 | 98.244.206.215 | 9/10/10 7:28 PM | Comcast Cable |
| Doe 251 | 98.244.149.54 | 10/22/10 1:02 AM | Comcast Cable |
| Doe 252 | 98.243.54.163 | 9/21/10 9:36 PM | Comcast Cable |
| Doe 253 | 98.243.130.200 | 10/29/10 4:34 AM | Comcast Cable |
| Doe 254 | 98.228.67.214 | 10/27/10 2:22 AM | Comcast Cable |
| Doe 255 | 98.228.42.199 | 11/4/10 2:43 AM | Comcast Cable |
| Doe 256 | 98.211.181.149 | 10/28/10 10:50 PM | Comcast Cable |
| Doe 257 | 98.211.169.219 | 9/6/10 3:00 PM | Comcast Cable |
| Doe 258 | 98.210.153.197 | 9/12/10 11:56 PM | Comcast Cable |
| Doe 259 | 98.210.125.24 | 10/23/10 10:19 AM | Comcast Cable |
| Doe 260 | 98.210.0.32 | 11/3/10 4:44 PM | Comcast Cable |
| Doe 261 | 98.209.24.12 | 11/8/10 4:10 PM | Comcast Cable |
| Doe 262 | 98.209.101.17 | 9/6/10 2:40 PM | Comcast Cable |
| Doe 263 | 98.208.196.133 | 10/26/10 10:24 PM | Comcast Cable |
| Doe 264 | 98.207.116.95 | 10/11/10 12:38 PM | Comcast Cable |
| Doe 265 | 98.213.132.40 | 10/19/10 11:44 AM | Comcast Cable |
| Doe 266 | 98.213.210.109 | 9/27/10 11:22 AM | Comcast Cable |
| Doe 267 | 98.217.10.7 | 10/21/10 7:28 AM | Comcast Cable |
| Doe 268 | 98.228.234.120 | 9/10/10 5:38 AM | Comcast Cable |
| Doe 269 | 98.227.165.2 | 9/13/10 11:01 PM | Comcast Cable |
| Doe 270 | 98.226.70.98 | 10/12/10 3:08 AM | Comcast Cable |
| Doe 271 | 98.223.160.122 | 10/17/10 10:54 PM | Comcast Cable |
| Doe 272 | 98.222.50.250 | 9/13/10 5:50 AM | Comcast Cable |
| Doe 273 | 98.221.40.56 | 11/18/10 3:38 AM | Comcast Cable |
| Doe 274 | 98.221.188.20 | 10/24/10 2:54 AM | Comcast Cable |
| Doe 275 | 98.218.142.98 | 10/29/10 8:12 PM | Comcast Cable |
| Doe 276 | 98.217.150.190 | 11/19/10 1:37 AM | Comcast Cable |
| Doe 277 | 98.204.35.221 | 11/15/10 6:46 PM | Comcast Cable |
| Doe 278 | 76.25.33.192 | 10/13/10 5:20 PM | Comcast Cable |
| Doe 279 | 76.188.131.154 | 9/18/10 5:53 PM | Road Runner |
| Doe 280 | 76.188.123.5 | 10/19/10 11:45 AM | Road Runner |
| Doe 281 | 76.187.84.32 | 10/27/10 12:20 AM | Road Runner |
| Doe 282 | 76.181.67.61 | 9/10/10 4:10 PM | Road Runner |
| Doe 283 | 76.181.250.224 | 10/19/10 3:08 PM | Road Runner |
| Doe 284 | 76.180.96.169 | 9/12/10 11:14 PM | Road Runner |
| Doe 285 | 76.180.26.36 | 9/12/10 3:06 AM | Road Runner |
| Doe 286 | 76.18.82.68 | 9/5/10 11:34 PM | Comcast Cable |
| Doe 287 | 76.18.81.145 | 9/13/10 9:31 PM | Comcast Cable |
| Doe 288 | 76.19.169.8 | 11/18/10 1:13 AM | Comcast Cable |
| Doe 289 | 76.19.219.136 | 11/16/10 7:18 PM | Comcast Cable |
| Doe 290 | 76.20.133.28 | 10/13/10 12:33 AM | Comcast Cable |
| Doe 291 | 76.25.245.172 | 11/11/10 3:48 PM | Comcast Cable |

| Doe 292 | 76.24.193.219 | 9/22/10 9:15 PM | Comcast Cable |
| Doe 293 | 76.24.134.85 | 10/28/10 10:55 PM | Comcast Cable |
| Doe 294 | 76.23.78.254 | 9/10/10 9:15 AM | Comcast Cable |
| Doe 295 | 76.23.197.36 | 11/5/10 7:03 PM | Comcast Cable |
| Doe 296 | 76.22.202.136 | 9/13/10 12:52 AM | Comcast Cable |
| Doe 297 | 76.22.122.4 | 10/3/10 4:33 AM | Comcast Cable |
| Doe 298 | 76.22.106.28 | 10/25/10 4:24 PM | Comcast Cable |
| Doe 299 | 76.20.248.214 | 9/19/10 3:44 PM | Comcast Cable |
| Doe 300 | 76.179.38.220 | 11/19/10 6:14 PM | Road Runner |
| Doe 301 | 76.178.40.219 | 9/25/10 2:50 PM | Road Runner |
| Doe 302 | 76.170.18.198 | 9/10/10 10:17 AM | Road Runner |
| Doe 303 | 76.170.17.7 | 9/23/10 9:00 PM | Road Runner |
| Doe 304 | 76.17.252.154 | 10/21/10 8:05 PM | Comcast Cable |
| Doe 305 | 76.168.39.197 | 10/21/10 12:22 AM | Road Runner |
| Doe 306 | 76.167.35.161 | 9/13/10 9:01 AM | Road Runner |
| Doe 307 | 76.167.223.37 | 10/23/10 7:19 AM | Road Runner |
| Doe 308 | 76.15.129.153 | 9/15/10 5:27 PM | EarthLink |
| Doe 309 | 76.127.124.226 | 11/17/10 6:15 AM | Comcast Cable |
| Doe 310 | 76.126.148.232 | 9/29/10 4:12 PM | Comcast Cable |
| Doe 311 | 76.170.19.103 | 9/26/10 1:04 AM | Road Runner |
| Doe 312 | 76.170.226.212 | 9/10/10 9:03 AM | Road Runner |
| Doe 313 | 76.172.162.247 | 10/3/10 7:58 AM | Road Runner |
| Doe 314 | 76.178.26.4 | 11/5/10 3:28 AM | Road Runner |
| Doe 315 | 76.178.134.175 | 11/16/10 7:12 AM | Road Runner |
| Doe 316 | 76.177.71.232 | 10/3/10 11:14 AM | Road Runner |
| Doe 317 | 76.176.6.71 | 9/13/10 1:06 AM | Road Runner |
| Doe 318 | 76.176.20.248 | 9/26/10 5:37 PM | Road Runner |
| Doe 319 | 76.176.169.156 | 10/21/10 7:27 PM | Road Runner |
| Doe 320 | 76.174.132.91 | 11/8/10 9:57 AM | Road Runner |
| Doe 321 | 76.173.247.174 | 11/18/10 10:45 PM | Road Runner |
| Doe 322 | 76.172.40.22 | 11/9/10 4:45 AM | Road Runner |
| Doe 323 | 76.124.113.157 | 10/23/10 8:23 PM | Comcast Cable |
| Doe 324 | 97.104.19.254 | 10/11/10 11:15 AM | Road Runner |
| Doe 325 | 96.245.173.205 | 10/21/10 3:48 AM | Verizon Internet Services |
| Doe 326 | 96.243.181.177 | 11/5/10 2:41 PM | Verizon Internet Services |
| Doe 327 | 96.242.46.121 | 11/16/10 2:45 AM | Verizon Internet Services |
| Doe 328 | 96.242.12.209 | 10/20/10 5:12 PM | Verizon Internet Services |
| Doe 329 | 96.241.162.140 | 9/12/10 10:47 AM | Verizon Internet Services |
| Doe 330 | 96.239.107.214 | 10/2/10 10:22 PM | Verizon Internet Services |
| Doe 331 | 96.237.23.95 | 9/10/10 12:48 PM | Verizon Internet Services |
| Doe 332 | 96.228.52.158 | 11/17/10 1:57 PM | Verizon Internet Services |
| Doe 333 | 96.228.33.215 | 10/23/10 10:56 PM | Verizon Internet Services |

| Doe 334 | 96.246.22.63 | 10/21/10 1:31 PM | Verizon Internet Services |
| Doe 335 | 96.248.209.224 | 10/25/10 11:00 PM | Verizon Internet Services |
| Doe 336 | 96.250.9.50 | 9/10/10 6:51 AM | Verizon Internet Services |
| Doe 337 | 97.102.35.78 | 9/5/10 1:34 PM | Road Runner |
| Doe 338 | 97.102.23.121 | 10/28/10 11:29 PM | Road Runner |
| Doe 339 | 97.100.57.136 | 10/1/10 9:01 PM | Road Runner |
| Doe 340 | 96.40.187.88 | 10/11/10 8:14 PM | Charter Communications |
| Doe 341 | 96.36.137.176 | 10/27/10 8:37 PM | Charter Communications |
| Doe 342 | 96.28.90.39 | 9/16/10 12:21 PM | Insight Communications Company |
| Doe 343 | 96.254.101.89 | 10/14/10 9:01 PM | Verizon Internet Services |
| Doe 344 | 96.251.35.10 | 10/19/10 9:17 PM | Verizon Internet Services |
| Doe 345 | 96.251.28.185 | 9/23/10 3:31 AM | Verizon Internet Services |
| Doe 346 | 96.225.238.216 | 9/5/10 5:43 PM | Verizon Internet Services |
| Doe 347 | 76.98.231.94 | 9/11/10 3:20 AM | Comcast Cable |
| Doe 348 | 76.87.31.146 | 9/28/10 3:42 AM | Road Runner |
| Doe 349 | 76.87.31.145 | 10/19/10 9:41 AM | Road Runner |
| Doe 350 | 76.84.193.124 | 10/5/10 10:47 PM | Road Runner |
| Doe 351 | 76.84.107.56 | 9/11/10 1:55 AM | Road Runner |
| Doe 352 | 76.79.99.84 | 10/29/10 5:08 AM | Road Runner |
| Doe 353 | 76.31.234.92 | 10/25/10 1:50 AM | Comcast Cable |
| Doe 354 | 76.30.113.100 | 9/11/10 3:13 PM | Comcast Cable |
| Doe 355 | 76.28.213.184 | 9/25/10 11:40 PM | Comcast Cable |
| Doe 356 | 76.27.81.96 | 10/17/10 6:11 AM | Comcast Cable |
| Doe 357 | 76.87.64.44 | 10/27/10 8:52 PM | Road Runner |
| Doe 358 | 76.87.73.93 | 9/27/10 11:19 PM | Road Runner |
| Doe 359 | 76.87.89.108 | 11/19/10 4:18 AM | Road Runner |
| Doe 360 | 76.98.150.250 | 10/10/10 3:34 AM | Comcast Cable |
| Doe 361 | 76.97.74.44 | 11/16/10 12:16 AM | Comcast Cable |
| Doe 362 | 76.94.217.178 | 11/18/10 7:57 PM | Road Runner |
| Doe 363 | 76.93.168.229 | 11/1/10 10:07 PM | Road Runner |
| Doe 364 | 76.91.49.167 | 9/19/10 6:46 AM | Road Runner |
| Doe 365 | 76.90.143.230 | 11/11/10 6:50 AM | Road Runner |
| Doe 366 | 76.88.80.165 | 10/11/10 11:47 AM | Road Runner |
| Doe 367 | 76.88.57.143 | 10/16/10 6:37 PM | Road Runner |
| Doe 368 | 76.88.181.126 | 11/19/10 4:47 PM | Road Runner |
| Doe 369 | 76.25.59.199 | 9/18/10 12:18 AM | Comcast Cable |
| Doe 370 | 70.94.3.18 | 10/30/10 6:16 AM | Road Runner |
| Doe 371 | 24.205.38.145 | 11/3/10 5:32 AM | Charter Communications |
| Doe 372 | 24.185.56.240 | 9/11/10 1:11 PM | Optimum Online |
| Doe 373 | 24.185.35.228 | 9/17/10 3:53 AM | Optimum Online |
| Doe 374 | 24.185.152.172 | 9/29/10 11:06 PM | Optimum Online |
| Doe 375 | 24.185.147.21 | 10/17/10 4:46 AM | Optimum Online |

| Doe 376 | 24.18.170.1 | 10/17/10 12:57 AM | Comcast Cable |
| Doe 377 | 24.178.122.229 | 11/16/10 4:00 AM | Charter Communications |
| Doe 378 | 24.177.98.34 | 11/4/10 9:54 AM | Charter Communications |
| Doe 379 | 24.167.20.143 | 10/25/10 6:39 AM | Road Runner |
| Doe 380 | 24.165.199.126 | 11/13/10 1:50 AM | Road Runner |
| Doe 381 | 24.186.77.61 | 9/6/10 2:31 AM | Optimum Online |
| Doe 382 | 24.188.145.209 | 11/4/10 11:20 AM | Optimum Online |
| Doe 383 | 24.188.17.213 | 9/5/10 2:42 PM | Optimum Online |
| Doe 384 | 24.2.199.158 | 11/1/10 10:52 PM | Comcast Cable |
| Doe 385 | 24.197.2.247 | 9/20/10 1:00 AM | Charter Communications |
| Doe 386 | 24.193.146.237 | 9/19/10 6:48 AM | Road Runner |
| Doe 387 | 24.190.41.188 | 9/17/10 3:02 PM | Optimum Online |
| Doe 388 | 24.19.55.14 | 10/7/10 9:16 AM | Comcast Cable |
| Doe 389 | 24.19.43.72 | 10/9/10 12:01 AM | Comcast Cable |
| Doe 390 | 24.19.254.8 | 10/20/10 12:53 AM | Comcast Cable |
| Doe 391 | 24.19.149.218 | 9/17/10 1:03 PM | Comcast Cable |
| Doe 392 | 24.189.47.229 | 11/18/10 9:14 PM | Optimum Online |
| Doe 393 | 24.161.153.48 | 11/8/10 6:18 AM | Road Runner |
| Doe 394 | 24.160.79.25 | 11/13/10 8:46 AM | Road Runner |
| Doe 395 | 24.12.53.155 | 9/19/10 4:26 PM | Comcast Cable |
| Doe 396 | 24.12.134.145 | 11/6/10 9:50 PM | Comcast Cable |
| Doe 397 | 24.118.199.3 | 11/16/10 1:28 PM | Comcast Cable |
| Doe 398 | 24.11.44.45 | 10/22/10 4:29 AM | Comcast Cable |
| Doe 399 | 24.11.145.94 | 9/24/10 5:13 AM | Comcast Cable |
| Doe 400 | 24.107.203.196 | 11/16/10 6:25 AM | Charter Communications |
| Doe 401 | 24.107.17.77 | 9/6/10 7:57 AM | Charter Communications |
| Doe 402 | 24.10.136.60 | 11/5/10 5:50 AM | Comcast Cable |
| Doe 403 | 24.10.123.207 | 11/11/10 2:45 AM | Comcast Cable |
| Doe 404 | 24.127.129.5 | 10/14/10 2:19 AM | Comcast Cable |
| Doe 405 | 24.127.162.20 | 11/5/10 3:26 PM | Comcast Cable |
| Doe 406 | 24.128.23.122 | 11/1/10 11:28 PM | Comcast Cable |
| Doe 407 | 24.160.179.200 | 9/17/10 5:32 AM | Road Runner |
| Doe 408 | 24.16.230.208 | 11/7/10 6:44 AM | Comcast Cable |
| Doe 409 | 24.159.180.217 | 10/23/10 2:15 AM | Charter Communications |
| Doe 410 | 24.15.169.243 | 11/18/10 4:23 PM | Comcast Cable |
| Doe 411 | 24.148.171.220 | 9/23/10 4:54 PM | EarthLink |
| Doe 412 | 24.136.70.136 | 10/30/10 8:11 AM | EarthLink |
| Doe 413 | 24.131.8.75 | 11/5/10 3:22 PM | Comcast Cable |
| Doe 414 | 24.131.6.99 | 9/16/10 3:23 AM | Comcast Cable |
| Doe 415 | 24.13.189.13 | 9/28/10 8:59 PM | Comcast Cable |
| Doe 416 | 24.1.228.109 | 9/9/10 9:37 PM | Comcast Cable |
| Doe 417 | 65.25.146.175 | 10/16/10 1:32 AM | Road Runner |

| Doe 418 | 24.74.103.230 | 11/6/10 12:46 AM | Road Runner |
| Doe 419 | 24.7.98.184 | 10/12/10 7:05 PM | Comcast Cable |
| Doe 420 | 24.7.248.86 | 11/5/10 12:14 AM | Comcast Cable |
| Doe 421 | 24.63.162.129 | 9/28/10 12:30 PM | Comcast Cable |
| Doe 422 | 24.63.107.87 | 11/7/10 10:47 AM | Comcast Cable |
| Doe 423 | 24.62.56.73 | 11/18/10 3:48 AM | Comcast Cable |
| Doe 424 | 24.62.254.195 | 9/27/10 9:05 PM | Comcast Cable |
| Doe 425 | 24.62.148.219 | 9/15/10 2:30 AM | Comcast Cable |
| Doe 426 | 24.61.216.115 | 10/12/10 1:10 PM | Comcast Cable |
| Doe 427 | 24.74.89.118 | 9/10/10 6:26 AM | Road Runner |
| Doe 428 | 24.9.206.162 | 10/10/10 5:21 PM | Comcast Cable |
| Doe 429 | 24.90.136.65 | 9/5/10 2:22 PM | Road Runner |
| Doe 430 | 65.185.33.40 | 11/7/10 9:49 AM | Road Runner |
| Doe 431 | 65.160.213.50 | 11/10/10 11:18 PM | Sprint |
| Doe 432 | 63.238.223.166 | 9/22/10 11:16 PM | Qwest Communications |
| Doe 433 | 63.226.207.25 | 10/21/10 7:06 PM | Qwest Communications |
| Doe 434 | 24.99.127.104 | 11/3/10 3:14 AM | Comcast Cable |
| Doe 435 | 24.98.209.4 | 11/18/10 1:33 AM | Comcast Cable |
| Doe 436 | 24.92.250.217 | 10/14/10 4:30 AM | Road Runner |
| Doe 437 | 24.92.139.69 | 11/16/10 1:08 AM | Road Runner |
| Doe 438 | 24.90.250.181 | 9/13/10 4:56 AM | Road Runner |
| Doe 439 | 24.6.76.18 | 9/20/10 5:06 AM | Comcast Cable |
| Doe 440 | 24.6.119.2 | 9/15/10 4:59 AM | Comcast Cable |
| Doe 441 | 24.243.0.22 | 11/14/10 6:04 AM | Road Runner |
| Doe 442 | 24.24.136.143 | 9/18/10 2:23 PM | Road Runner |
| Doe 443 | 24.236.151.13 | 10/15/10 12:14 PM | Charter Communications |
| Doe 444 | 24.234.224.114 | 11/6/10 11:36 PM | Cox Communications |
| Doe 445 | 24.231.224.110 | 9/9/10 11:35 PM | Charter Communications |
| Doe 446 | 24.23.132.4 | 9/11/10 12:20 AM | Comcast Cable |
| Doe 447 | 24.23.0.182 | 11/9/10 4:50 PM | Comcast Cable |
| Doe 448 | 24.223.160.220 | 9/22/10 9:08 PM | EarthLink |
| Doe 449 | 24.218.249.208 | 9/11/10 12:42 PM | Comcast Cable |
| Doe 450 | 24.249.2.58 | 10/9/10 5:10 PM | Cox Communications |
| Doe 451 | 24.255.156.231 | 11/9/10 1:16 AM | Cox Communications |
| Doe 452 | 24.26.22.237 | 10/22/10 7:33 AM | Road Runner |
| Doe 453 | 24.47.116.244 | 10/9/10 4:46 AM | Optimum Online |
| Doe 454 | 24.44.84.237 | 9/30/10 9:22 AM | Optimum Online |
| Doe 455 | 24.44.6.46 | 10/2/10 6:28 PM | Optimum Online |
| Doe 456 | 24.44.11.129 | 10/2/10 12:57 AM | Optimum Online |
| Doe 457 | 24.4.86.168 | 11/5/10 2:39 AM | Comcast Cable |
| Doe 458 | 24.4.69.194 | 9/11/10 10:13 PM | Comcast Cable |
| Doe 459 | 24.29.73.182 | 10/10/10 10:39 PM | Road Runner |

| Doe 460 | 24.29.73.10 | 11/10/10 5:15 AM | Road Runner |
|---------|-------------|------------------|-------------|
| Doe 461 | 24.28.81.160 | 9/15/10 10:42 PM | Road Runner |
| Doe 462 | 24.211.20.206 | 9/14/10 9:49 AM | Road Runner |
| Doe 463 | 174.102.246.124 | 10/22/10 6:11 AM | Road Runner |
| Doe 464 | 173.66.156.70 | 11/5/10 12:00 AM | Verizon Internet Services |
| Doe 465 | 173.63.118.155 | 9/5/10 10:05 PM | Verizon Internet Services |
| Doe 466 | 173.60.79.201 | 11/17/10 2:15 AM | Verizon Internet Services |
| Doe 467 | 173.60.240.12 | 10/8/10 9:08 PM | Verizon Internet Services |
| Doe 468 | 173.60.134.87 | 10/27/10 12:49 AM | Verizon Internet Services |
| Doe 469 | 173.60.112.186 | 9/20/10 10:46 PM | Verizon Internet Services |
| Doe 470 | 173.55.77.204 | 10/18/10 6:51 PM | Verizon Internet Services |
| Doe 471 | 173.55.4.59 | 9/30/10 10:00 AM | Verizon Internet Services |
| Doe 472 | 173.53.96.37 | 10/15/10 2:51 AM | Verizon Internet Services |
| Doe 473 | 173.68.142.125 | 11/13/10 5:59 PM | Verizon Internet Services |
| Doe 474 | 173.71.41.146 | 11/6/10 4:00 PM | Verizon Internet Services |
| Doe 475 | 173.76.95.188 | 9/9/10 11:00 PM | Verizon Internet Services |
| Doe 476 | 174.102.14.227 | 9/6/10 11:02 AM | Road Runner |
| Doe 477 | 173.97.207.17 | 9/20/10 10:30 AM | Sprint PCS |
| Doe 478 | 173.93.247.140 | 10/9/10 9:48 AM | Road Runner |
| Doe 479 | 173.93.190.30 | 9/9/10 4:25 PM | Road Runner |
| Doe 480 | 173.86.185.234 | 9/30/10 10:29 AM | Frontier Communications |
| Doe 481 | 173.79.71.96 | 10/17/10 9:43 PM | Verizon Internet Services |
| Doe 482 | 173.78.79.161 | 11/12/10 11:14 AM | Verizon Internet Services |
| Doe 483 | 173.77.232.50 | 10/10/10 6:31 PM | Verizon Internet Services |
| Doe 484 | 173.77.217.228 | 9/30/10 7:16 PM | Verizon Internet Services |
| Doe 485 | 173.51.90.154 | 9/27/10 8:35 AM | Verizon Internet Services |
| Doe 486 | 173.51.118.211 | 10/4/10 3:49 AM | Verizon Internet Services |
| Doe 487 | 12.5.175.236 | 11/15/10 4:20 PM | AT&T WorldNet Services |
| Doe 488 | 12.13.29.66 | 10/5/10 9:58 PM | AT&T WorldNet Services |
| Doe 489 | 108.9.105.2 | 11/6/10 11:51 PM | Verizon Internet Services |
| Doe 490 | 108.7.195.161 | 11/13/10 9:27 PM | Verizon Internet Services |
| Doe 491 | 108.2.107.202 | 10/11/10 1:36 PM | Verizon Internet Services |
| Doe 492 | 108.17.76.147 | 9/12/10 3:29 PM | Verizon Internet Services |
| Doe 493 | 108.16.1.145 | 9/6/10 2:35 AM | Verizon Internet Services |
| Doe 494 | 108.12.197.129 | 11/18/10 12:02 PM | Verizon Internet Services |
| Doe 495 | 108.104.193.213 | 9/16/10 1:15 PM | Sprint PCS |
| Doe 496 | 146.115.52.201 | 11/12/10 7:09 PM | RCN Corporation |
| Doe 497 | 166.82.4.226 | 10/11/10 6:26 AM | Windstream Communications |
| Doe 498 | 168.103.62.75 | 11/8/10 8:57 AM | Qwest Communications |
| Doe 499 | 173.48.190.77 | 9/20/10 12:24 PM | Verizon Internet Services |
| Doe 500 | 173.48.181.145 | 9/13/10 3:15 AM | Verizon Internet Services |
| Doe 501 | 173.3.227.168 | 9/5/10 9:58 PM | Optimum Online |

| Doe 502 | 173.188.142.17 | 11/4/10 3:36 PM | Windstream Communications |
| Doe 503 | 173.188.131.91 | 9/18/10 9:31 AM | Windstream Communications |
| Doe 504 | 173.174.92.88 | 9/26/10 6:40 AM | Road Runner |
| Doe 505 | 173.171.84.67 | 11/18/10 12:18 AM | Road Runner |
| Doe 506 | 173.170.71.85 | 10/5/10 7:32 PM | Road Runner |
| Doe 507 | 173.169.9.82 | 10/17/10 10:08 PM | Road Runner |
| Doe 508 | 108.0.84.4 | 9/26/10 5:39 AM | Verizon Internet Services |
| Doe 509 | 216.80.23.69 | 10/17/10 5:56 PM | RCN Corporation |
| Doe 510 | 184.78.103.240 | 10/3/10 2:23 PM | Clearwire Corporation |
| Doe 511 | 184.59.27.170 | 9/27/10 1:51 AM | Road Runner |
| Doe 512 | 184.58.23.201 | 10/30/10 5:37 PM | Road Runner |
| Doe 513 | 184.58.110.68 | 9/22/10 5:47 PM | Road Runner |
| Doe 514 | 184.57.206.123 | 11/2/10 9:56 PM | Road Runner |
| Doe 515 | 184.190.74.43 | 10/3/10 9:39 PM | Cox Communications |
| Doe 516 | 174.98.184.215 | 11/2/10 2:40 AM | Road Runner |
| Doe 517 | 174.70.132.84 | 11/8/10 1:09 AM | Cox Communications |
| Doe 518 | 174.61.110.183 | 10/18/10 12:36 PM | Comcast Cable |
| Doe 519 | 184.79.170.17 | 9/10/10 4:11 PM | Clearwire Corporation |
| Doe 520 | 184.79.48.29 | 9/27/10 9:35 AM | Clearwire Corporation |
| Doe 521 | 184.88.0.3 | 10/22/10 10:35 PM | Road Runner |
| Doe 522 | 208.17.119.34 | 11/15/10 7:52 PM | Sprint |
| Doe 523 | 208.120.20.177 | 9/23/10 7:56 PM | EarthLink |
| Doe 524 | 207.38.129.170 | 10/13/10 1:06 AM | RCN Corporation |
| Doe 525 | 207.237.55.36 | 10/10/10 3:00 AM | RCN Corporation |
| Doe 526 | 207.237.1.112 | 11/13/10 9:23 PM | RCN Corporation |
| Doe 527 | 207.229.157.214 | 9/9/10 8:07 PM | RCN Corporation |
| Doe 528 | 204.212.14.246 | 11/18/10 12:02 AM | Sprint |
| Doe 529 | 204.210.230.61 | 10/27/10 8:47 PM | Road Runner |
| Doe 530 | 184.88.133.207 | 9/29/10 8:01 AM | Road Runner |
| Doe 531 | 174.58.231.146 | 10/19/10 12:41 AM | Comcast Cable |
| Doe 532 | 174.56.74.33 | 9/15/10 7:37 AM | Comcast Cable |
| Doe 533 | 174.21.53.73 | 10/27/10 5:41 AM | Qwest Communications |
| Doe 534 | 174.21.50.105 | 10/28/10 1:21 AM | Qwest Communications |
| Doe 535 | 174.21.46.106 | 10/28/10 7:29 PM | Qwest Communications |
| Doe 536 | 174.21.45.32 | 11/2/10 9:22 AM | Qwest Communications |
| Doe 537 | 174.21.36.57 | 10/28/10 8:16 AM | Qwest Communications |
| Doe 538 | 174.21.32.118 | 11/2/10 12:58 AM | Qwest Communications |
| Doe 539 | 174.20.239.61 | 11/11/10 2:24 AM | Qwest Communications |
| Doe 540 | 174.17.189.112 | 9/11/10 2:25 AM | Qwest Communications |
| Doe 541 | 174.103.227.8 | 11/15/10 12:46 AM | Road Runner |
| Doe 542 | 174.21.55.85 | 10/28/10 3:35 AM | Qwest Communications |
| Doe 543 | 174.22.57.59 | 10/20/10 6:37 PM | Qwest Communications |

| Doe 544 | 174.23.176.32 | 10/10/10 10:10 PM | Qwest Communications |
| Doe 545 | 174.54.104.99 | 9/23/10 2:22 PM | Comcast Cable |
| Doe 546 | 174.51.254.226 | 9/24/10 7:52 AM | Comcast Cable |
| Doe 547 | 174.49.21.128 | 10/11/10 4:31 PM | Comcast Cable |
| Doe 548 | 174.49.21.119 | 9/20/10 11:36 AM | Comcast Cable |
| Doe 549 | 174.48.47.247 | 10/30/10 5:32 AM | Comcast Cable |
| Doe 550 | 174.31.243.151 | 10/15/10 8:29 PM | Qwest Communications |
| Doe 551 | 174.27.220.102 | 11/14/10 7:50 AM | Qwest Communications |
| Doe 552 | 174.26.63.151 | 11/16/10 7:04 AM | Qwest Communications |
| Doe 553 | 174.25.118.199 | 10/8/10 5:17 AM | Qwest Communications |
| Doe 554 | 174.103.107.29 | 9/5/10 1:46 PM | Road Runner |
| Doe 555 | 65.31.126.223 | 9/6/10 7:08 AM | Road Runner |
| Doe 556 | 69.119.166.78 | 10/10/10 8:28 PM | Optimum Online |
| Doe 557 | 68.61.110.78 | 11/18/10 3:32 PM | Comcast Cable |
| Doe 558 | 68.58.74.57 | 11/16/10 5:57 PM | Comcast Cable |
| Doe 559 | 68.58.73.182 | 10/1/10 11:46 PM | Comcast Cable |
| Doe 560 | 68.58.115.154 | 10/17/10 8:49 PM | Comcast Cable |
| Doe 561 | 68.55.1.249 | 11/16/10 12:56 PM | Comcast Cable |
| Doe 562 | 68.54.153.150 | 11/5/10 1:35 PM | Comcast Cable |
| Doe 563 | 68.5.254.18 | 11/7/10 5:31 PM | Cox Communications |
| Doe 564 | 68.5.201.127 | 9/17/10 2:40 PM | Cox Communications |
| Doe 565 | 68.48.208.246 | 9/20/10 6:09 PM | Comcast Cable |
| Doe 566 | 68.61.204.37 | 11/7/10 12:18 AM | Comcast Cable |
| Doe 567 | 68.61.90.55 | 9/27/10 2:56 AM | Comcast Cable |
| Doe 568 | 68.7.61.24 | 9/10/10 3:18 AM | Cox Communications |
| Doe 569 | 69.118.15.168 | 10/15/10 3:41 AM | Optimum Online |
| Doe 570 | 69.117.251.127 | 11/14/10 6:29 AM | Optimum Online |
| Doe 571 | 69.117.25.60 | 11/16/10 6:13 PM | Optimum Online |
| Doe 572 | 69.116.176.58 | 9/9/10 8:06 PM | Optimum Online |
| Doe 573 | 69.116.118.24 | 9/12/10 1:45 AM | Optimum Online |
| Doe 574 | 69.116.116.33 | 10/16/10 10:22 PM | Optimum Online |
| Doe 575 | 69.115.215.198 | 9/17/10 5:41 AM | Optimum Online |
| Doe 576 | 68.96.215.153 | 9/20/10 12:39 AM | Cox Communications |
| Doe 577 | 68.80.87.224 | 10/24/10 12:36 AM | Comcast Cable |
| Doe 578 | 68.47.159.57 | 10/3/10 6:16 AM | Comcast Cable |
| Doe 579 | 68.46.70.100 | 9/29/10 2:41 AM | Comcast Cable |
| Doe 580 | 68.32.1.243 | 9/10/10 12:57 AM | Comcast Cable |
| Doe 581 | 68.238.250.118 | 10/19/10 12:46 PM | Verizon Internet Services |
| Doe 582 | 68.237.77.80 | 9/6/10 10:13 AM | Verizon Internet Services |
| Doe 583 | 68.237.75.227 | 11/9/10 12:33 AM | Verizon Internet Services |
| Doe 584 | 68.231.165.135 | 10/17/10 12:43 AM | Cox Communications |
| Doe 585 | 68.228.30.114 | 10/16/10 1:46 AM | Cox Communications |

| Doe 586 | 68.227.32.91 | 10/12/10 12:16 AM | Cox Communications |
| Doe 587 | 68.226.112.155 | 9/10/10 9:36 PM | Cox Communications |
| Doe 588 | 68.225.252.211 | 11/11/10 4:53 PM | Cox Communications |
| Doe 589 | 68.35.0.99 | 10/12/10 11:14 PM | Comcast Cable |
| Doe 590 | 68.35.157.82 | 11/13/10 7:06 AM | Comcast Cable |
| Doe 591 | 68.36.145.223 | 9/18/10 10:58 PM | Comcast Cable |
| Doe 592 | 68.44.60.98 | 9/17/10 6:54 AM | Comcast Cable |
| Doe 593 | 68.42.112.151 | 11/7/10 12:31 AM | Comcast Cable |
| Doe 594 | 68.41.146.15 | 10/9/10 4:48 PM | Comcast Cable |
| Doe 595 | 68.40.51.63 | 9/28/10 5:36 PM | Comcast Cable |
| Doe 596 | 68.40.248.231 | 10/20/10 7:07 AM | Comcast Cable |
| Doe 597 | 68.4.219.222 | 9/17/10 1:33 AM | Cox Communications |
| Doe 598 | 68.38.233.241 | 11/15/10 2:41 AM | Comcast Cable |
| Doe 599 | 68.37.130.10 | 10/18/10 9:26 PM | Comcast Cable |
| Doe 600 | 68.36.15.162 | 9/6/10 5:40 AM | Comcast Cable |
| Doe 601 | 68.224.248.187 | 9/18/10 2:09 AM | Cox Communications |
| Doe 602 | 70.94.211.228 | 9/18/10 8:03 AM | Road Runner |
| Doe 603 | 70.160.25.30 | 11/13/10 7:40 PM | Cox Communications |
| Doe 604 | 70.160.212.162 | 10/6/10 4:02 PM | Cox Communications |
| Doe 605 | 70.126.204.224 | 11/13/10 11:11 PM | Road Runner |
| Doe 606 | 70.122.254.140 | 11/10/10 12:24 PM | Road Runner |
| Doe 607 | 70.120.166.192 | 10/23/10 8:35 AM | Road Runner |
| Doe 608 | 70.119.24.159 | 9/10/10 2:42 AM | Road Runner |
| Doe 609 | 70.116.132.188 | 11/2/10 3:27 AM | Road Runner |
| Doe 610 | 70.113.122.198 | 9/26/10 3:22 PM | Road Runner |
| Doe 611 | 70.112.18.30 | 9/19/10 11:56 PM | Road Runner |
| Doe 612 | 70.161.23.146 | 11/6/10 1:48 AM | Cox Communications |
| Doe 613 | 70.161.27.154 | 10/14/10 2:09 PM | Cox Communications |
| Doe 614 | 70.167.75.103 | 10/25/10 11:28 PM | Cox Communications |
| Doe 615 | 70.92.226.99 | 11/8/10 11:30 AM | Road Runner |
| Doe 616 | 70.22.250.142 | 11/6/10 7:43 AM | Verizon Internet Services |
| Doe 617 | 70.190.165.241 | 10/25/10 5:50 PM | Cox Communications |
| Doe 618 | 70.189.207.56 | 10/10/10 1:26 AM | Cox Communications |
| Doe 619 | 70.184.80.41 | 9/12/10 10:05 PM | Cox Communications |
| Doe 620 | 70.181.118.158 | 11/7/10 12:09 AM | Cox Communications |
| Doe 621 | 70.177.68.231 | 11/15/10 2:22 PM | Cox Communications |
| Doe 622 | 70.173.119.230 | 10/14/10 12:22 AM | Cox Communications |
| Doe 623 | 70.171.173.136 | 9/11/10 12:02 PM | Cox Communications |
| Doe 624 | 70.112.123.193 | 9/18/10 7:46 AM | Road Runner |
| Doe 625 | 70.104.14.107 | 11/19/10 10:15 AM | Verizon Internet Services |
| Doe 626 | 69.142.66.26 | 10/23/10 4:58 AM | Comcast Cable |
| Doe 627 | 69.142.184.31 | 10/26/10 10:06 PM | Comcast Cable |

| Doe 628 | 69.138.209.227 | 11/15/10 6:35 AM | Comcast Cable |
| Doe 629 | 69.137.119.31 | 10/1/10 10:21 PM | Comcast Cable |
| Doe 630 | 69.136.98.130 | 9/27/10 9:29 AM | Comcast Cable |
| Doe 631 | 69.127.132.87 | 11/6/10 12:24 AM | Optimum Online |
| Doe 632 | 69.126.39.34 | 9/9/10 11:28 PM | Optimum Online |
| Doe 633 | 69.122.68.240 | 10/29/10 12:12 AM | Optimum Online |
| Doe 634 | 69.122.146.89 | 9/16/10 7:30 PM | Optimum Online |
| Doe 635 | 69.180.242.91 | 9/26/10 8:06 PM | Comcast Cable |
| Doe 636 | 69.180.98.39 | 9/10/10 12:06 PM | Comcast Cable |
| Doe 637 | 69.181.229.106 | 10/26/10 2:40 AM | Comcast Cable |
| Doe 638 | 70.101.137.32 | 10/10/10 10:53 AM | Frontier Communications |
| Doe 639 | 69.255.225.33 | 10/28/10 5:32 PM | Comcast Cable |
| Doe 640 | 69.254.252.169 | 10/16/10 9:27 PM | Comcast Cable |
| Doe 641 | 69.249.90.115 | 9/5/10 1:18 PM | Comcast Cable |
| Doe 642 | 69.249.131.17 | 9/28/10 6:02 PM | Comcast Cable |
| Doe 643 | 69.248.249.185 | 9/30/10 8:58 AM | Comcast Cable |
| Doe 644 | 69.247.178.85 | 10/22/10 10:28 PM | Comcast Cable |
| Doe 645 | 69.245.148.116 | 10/29/10 3:14 AM | Comcast Cable |
| Doe 646 | 69.200.243.108 | 10/20/10 4:00 AM | Road Runner |
| Doe 647 | 69.121.20.83 | 10/2/10 12:27 AM | Optimum Online |
| Doe 648 | 67.185.92.38 | 11/18/10 5:00 PM | Comcast Cable |
| Doe 649 | 67.170.70.214 | 11/9/10 7:33 AM | Comcast Cable |
| Doe 650 | 67.170.53.209 | 11/3/10 12:29 AM | Comcast Cable |
| Doe 651 | 67.170.174.236 | 11/3/10 3:55 AM | Comcast Cable |
| Doe 652 | 67.170.116.199 | 11/11/10 6:38 AM | Comcast Cable |
| Doe 653 | 67.168.131.186 | 9/16/10 2:21 AM | Comcast Cable |
| Doe 654 | 67.165.101.99 | 10/24/10 6:50 PM | Comcast Cable |
| Doe 655 | 67.164.56.124 | 9/16/10 11:12 PM | Comcast Cable |
| Doe 656 | 67.164.116.220 | 9/9/10 3:01 PM | Comcast Cable |
| Doe 657 | 67.162.108.221 | 10/22/10 1:11 AM | Comcast Cable |
| Doe 658 | 67.171.6.128 | 11/14/10 10:36 PM | Comcast Cable |
| Doe 659 | 67.172.127.226 | 9/22/10 10:30 PM | Comcast Cable |
| Doe 660 | 67.172.183.11 | 9/25/10 4:57 AM | Comcast Cable |
| Doe 661 | 67.185.145.250 | 10/21/10 6:17 AM | Comcast Cable |
| Doe 662 | 67.184.177.52 | 9/5/10 4:47 PM | Comcast Cable |
| Doe 663 | 67.183.160.153 | 9/6/10 12:14 AM | Comcast Cable |
| Doe 664 | 67.181.42.175 | 10/27/10 6:48 AM | Comcast Cable |
| Doe 665 | 67.181.117.216 | 9/23/10 9:20 AM | Comcast Cable |
| Doe 666 | 67.180.216.8 | 11/4/10 8:11 PM | Comcast Cable |
| Doe 667 | 67.177.194.105 | 9/25/10 5:01 PM | Comcast Cable |
| Doe 668 | 67.176.91.181 | 10/22/10 1:11 PM | Comcast Cable |
| Doe 669 | 67.172.221.31 | 9/9/10 7:46 PM | Comcast Cable |

| Doe 670 | 67.149.85.199 | 11/2/10 10:48 PM | WideOpenWest |
|---------|---------------|------------------|--------------|
| Doe 671 | 67.149.138.165 | 9/26/10 5:29 PM | WideOpenWest |
| Doe 672 | 66.31.241.80 | 9/19/10 2:13 AM | Comcast Cable |
| Doe 673 | 66.27.254.44 | 9/27/10 1:54 AM | Road Runner |
| Doe 674 | 66.229.61.41 | 10/9/10 5:20 AM | Comcast Cable |
| Doe 675 | 66.229.58.250 | 11/10/10 1:33 PM | Comcast Cable |
| Doe 676 | 66.216.231.55 | 10/12/10 9:30 PM | Charter Communications |
| Doe 677 | 66.191.122.193 | 9/17/10 4:40 AM | Charter Communications |
| Doe 678 | 66.169.175.229 | 9/27/10 4:02 AM | Charter Communications |
| Doe 679 | 66.169.10.98 | 10/16/10 12:50 AM | Charter Communications |
| Doe 680 | 66.168.25.52 | 9/22/10 5:53 PM | Charter Communications |
| Doe 681 | 66.41.156.209 | 9/11/10 12:53 PM | Comcast Cable |
| Doe 682 | 66.41.180.139 | 11/1/10 11:48 PM | Comcast Cable |
| Doe 683 | 66.41.218.198 | 11/5/10 7:45 PM | Comcast Cable |
| Doe 684 | 67.140.66.248 | 11/18/10 6:24 PM | Windstream Communications |
| Doe 685 | 67.11.172.234 | 11/9/10 2:14 PM | Road Runner |
| Doe 686 | 67.10.69.165 | 10/19/10 8:54 AM | Road Runner |
| Doe 687 | 66.87.2.32 | 9/26/10 12:18 AM | Sprint PCS |
| Doe 688 | 66.75.36.160 | 10/25/10 12:49 AM | Road Runner |
| Doe 689 | 66.74.201.244 | 9/19/10 11:29 PM | Road Runner |
| Doe 690 | 66.66.46.7 | 11/9/10 9:06 PM | Road Runner |
| Doe 691 | 66.66.211.75 | 10/25/10 3:03 PM | Road Runner |
| Doe 692 | 66.41.246.223 | 9/17/10 9:33 PM | Comcast Cable |
| Doe 693 | 65.34.152.123 | 9/6/10 9:10 PM | Comcast Cable |
| Doe 694 | 68.202.40.71 | 11/4/10 9:05 PM | Road Runner |
| Doe 695 | 68.117.146.183 | 9/26/10 5:23 PM | Charter Communications |
| Doe 696 | 68.115.106.146 | 11/13/10 9:56 PM | Charter Communications |
| Doe 697 | 68.108.4.233 | 10/3/10 10:09 AM | Cox Communications |
| Doe 698 | 68.107.137.138 | 9/6/10 1:47 PM | Cox Communications |
| Doe 699 | 68.104.177.159 | 9/19/10 6:43 PM | Cox Communications |
| Doe 700 | 68.104.164.217 | 9/9/10 3:23 PM | Cox Communications |
| Doe 701 | 68.103.90.128 | 11/13/10 4:08 AM | Cox Communications |
| Doe 702 | 68.103.121.14 | 11/2/10 3:11 AM | Cox Communications |
| Doe 703 | 68.103.106.146 | 9/20/10 4:09 AM | Cox Communications |
| Doe 704 | 68.118.41.75 | 9/23/10 7:29 AM | Charter Communications |
| Doe 705 | 68.118.42.119 | 10/15/10 2:21 AM | Charter Communications |
| Doe 706 | 68.118.61.186 | 10/18/10 12:36 AM | Charter Communications |
| Doe 707 | 68.201.4.175 | 9/18/10 3:39 PM | Road Runner |
| Doe 708 | 68.200.110.115 | 10/1/10 4:04 AM | Road Runner |
| Doe 709 | 68.199.163.176 | 9/29/10 1:13 AM | Optimum Online |
| Doe 710 | 68.193.79.102 | 9/15/10 9:47 AM | Optimum Online |
| Doe 711 | 68.192.116.61 | 10/3/10 10:46 PM | Optimum Online |

| | | | |
|---|---|---|---|
| Doe 712 | 68.174.91.157 | 9/11/10 7:53 AM | Road Runner |
| Doe 713 | 68.15.3.181 | 9/10/10 12:26 AM | Cox Communications |
| Doe 714 | 68.13.124.216 | 9/23/10 12:43 AM | Cox Communications |
| Doe 715 | 68.12.203.156 | 10/16/10 1:09 AM | Cox Communications |
| Doe 716 | 68.100.231.164 | 10/18/10 8:58 PM | Cox Communications |
| Doe 717 | 68.10.64.153 | 9/11/10 7:50 AM | Cox Communications |
| Doe 718 | 67.253.96.83 | 10/19/10 5:27 PM | Road Runner |
| Doe 719 | 67.253.108.209 | 10/8/10 3:04 AM | Road Runner |
| Doe 720 | 67.250.106.19 | 11/14/10 3:45 PM | Road Runner |
| Doe 721 | 67.247.23.155 | 9/15/10 2:28 PM | Road Runner |
| Doe 722 | 67.246.100.34 | 11/17/10 1:46 AM | Road Runner |
| Doe 723 | 67.240.250.174 | 11/6/10 4:02 PM | Road Runner |
| Doe 724 | 67.191.41.242 | 9/19/10 7:25 AM | Comcast Cable |
| Doe 725 | 67.190.52.160 | 10/30/10 2:38 PM | Comcast Cable |
| Doe 726 | 67.188.81.85 | 10/2/10 3:41 AM | Comcast Cable |
| Doe 727 | 67.41.79.45 | 9/9/10 5:24 PM | Qwest Communications |
| Doe 728 | 67.49.146.152 | 10/3/10 11:28 PM | Road Runner |
| Doe 729 | 67.80.3.157 | 10/10/10 11:06 AM | Optimum Online |
| Doe 730 | 68.10.153.246 | 11/4/10 12:31 AM | Cox Communications |
| Doe 731 | 68.10.143.252 | 9/13/10 8:41 AM | Cox Communications |
| Doe 732 | 68.1.88.30 | 11/5/10 11:41 PM | Cox Communications |
| Doe 733 | 68.1.67.53 | 10/23/10 3:35 AM | Cox Communications |
| Doe 734 | 68.0.188.243 | 11/15/10 1:05 AM | Cox Communications |
| Doe 735 | 67.83.41.147 | 10/14/10 5:27 PM | Optimum Online |
| Doe 736 | 67.82.91.6 | 10/28/10 7:49 AM | Optimum Online |
| Doe 737 | 67.80.64.241 | 10/5/10 4:38 AM | Optimum Online |
| Doe 738 | 67.80.3.187 | 9/5/10 2:14 PM | Optimum Online |
| Doe 739 | 67.186.199.64 | 9/20/10 7:24 AM | Comcast Cable |