

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 7 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy 5:24 p.m.

HARMONY FILMS LTD,                §
    Plaintiff,                       §
                          §   Civil No. 10-cv-2412-F
v.                               §
                          §
DOES 1-739,                      §
    Defendants,                      §

**ORDER VACATING THE COURT'S ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO
RULE 26(f) CONFERENCE AND ORDER TO SHOW CAUSE**

On December 17, 2010, Magistrate Judge Renee Harris Toliver Granted Plaintiff's

Motion for Leave to Take Discovery Prior to Rule26(f) Conference. *See* Docket No. 5. On

January 27, 2011, the above styled and numbered case was transferred to the docket of this

Court. After further consideration of Plaintiff's Motion for Leave to Take Discovery, the

Court finds that the Discovery Motion concerns matters that could materially affect the

interest of the Defendant Does, but because the Defendants' identities have yet to be

ascertained, the Does cannot represent their interests before this Court. Accordingly, the

Court VACATES the Order granting Plaintiff's Motion for Leave to Take Discovery.

Additionally, the Court enters this Order to Show Cause why the Court should not

appoint attorneys ad litem to represent the Does' interests in the Motion for Leave to Take

Discovery. It is ORDERED that Plaintiff RESPOND to this Order to Show Cause on or

before **February 28, 2011.** In the event that there is no response to this Order the Court will

1

appoint attorneys ad litem to represent the Does' interests in the Motion for Leave to Take Discovery.

Further, it is ORDERED that the internet service providers ("ISPs") listed in Exhibit A to this Order preserve existing activity reports for each Internet Protocol ("IP") address listed in Exhibit A pending the resolution of the Discovery Motion. The ISPs are required to retain activity records only for the specific date and time logged for each IP address, and then only to the extent necessary to identify each Doe defendant's name, address, telephone number, e-mail address, and Media Access Control address. Plaintiff is directed to serve a copy of this Order on each affected ISP. The ISPs have thirty (30) days from the date of this Order to respond to the Discovery Motion, if they desire to do so.

It is so Ordered.

Signed this 7 day of February, 2011.

Royal Furgeson
Senior United States District Judge

**Exhibit A**

| Defendant | IP | Time (GMT) | ISP |
|---|---|---|---|
| Doe 1 | 75.130.140.47 | 11/4/10 3:39 AM | Charter Communications |
| Doe 2 | 74.70.8.63 | 9/23/10 8:46 AM | Road Runner |
| Doe 3 | 74.69.161.4 | 10/26/10 10:38 PM | Road Runner |
| Doe 4 | 74.61.59.104 | 10/15/10 2:31 PM | Clearwire Corporation |
| Doe 5 | 74.61.148.207 | 11/16/10 2:50 AM | Clearwire Corporation |
| Doe 6 | 74.60.13.204 | 11/18/10 12:43 PM | Clearwire Corporation |
| Doe 7 | 74.137.200.16 | 9/30/10 8:05 AM | Insight Communications Company |
| Doe 8 | 74.132.242.226 | 9/28/10 6:12 PM | Insight Communications Company |
| Doe 9 | 74.128.165.148 | 11/14/10 5:07 PM | Insight Communications Company |
| Doe 10 | 74.111.219.220 | 9/9/10 5:23 PM | Verizon Internet Services |
| Doe 11 | 74.71.221.130 | 9/10/10 12:38 AM | Road Runner |
| Doe 12 | 74.73.67.145 | 9/19/10 5:04 AM | Road Runner |
| Doe 13 | 74.76.23.47 | 10/15/10 12:23 AM | Road Runner |
| Doe 14 | 75.118.166.1 | 9/17/10 6:58 PM | WideOpenWest |
| Doe 15 | 74.96.239.34 | 10/25/10 3:23 AM | Verizon Internet Services |
| Doe 16 | 74.79.228.174 | 9/6/10 1:47 PM | Road Runner |
| Doe 17 | 74.76.95.105 | 10/25/10 9:32 PM | Road Runner |
| Doe 18 | 74.76.92.76 | 11/12/10 6:42 AM | Road Runner |
| Doe 19 | 74.76.92.5 | 9/19/10 1:53 AM | Road Runner |
| Doe 20 | 74.76.90.185 | 11/7/10 11:09 PM | Road Runner |
| Doe 21 | 74.76.88.164 | 10/15/10 12:59 PM | Road Runner |
| Doe 22 | 74.76.49.113 | 11/15/10 4:04 AM | Road Runner |
| Doe 23 | 74.108.141.206 | 9/6/10 3:49 PM | Verizon Internet Services |
| Doe 24 | 74.106.230.233 | 11/16/10 2:51 AM | Verizon Internet Services |
| Doe 25 | 72.40.32.11 | 11/16/10 2:50 AM | EarthLink |
| Doe 26 | 72.223.96.163 | 11/16/10 10:58 PM | Cox Communications |
| Doe 27 | 72.223.84.75 | 9/6/10 2:03 AM | Cox Communications |
| Doe 28 | 72.223.121.206 | 9/16/10 11:23 AM | Cox Communications |
| Doe 29 | 72.220.15.161 | 10/10/10 4:51 AM | Cox Communications |
| Doe 30 | 72.213.205.47 | 9/10/10 3:08 AM | Cox Communications |
| Doe 31 | 72.211.168.201 | 11/6/10 3:20 AM | Cox Communications |
| Doe 32 | 72.204.154.178 | 11/10/10 10:05 PM | Cox Communications |
| Doe 33 | 72.201.5.131 | 10/11/10 4:29 PM | Cox Communications |
| Doe 34 | 72.64.220.5 | 10/29/10 9:45 AM | Verizon Internet Services |
| Doe 35 | 72.68.141.123 | 9/20/10 1:17 PM | Verizon Internet Services |
| Doe 36 | 72.69.203.74 | 11/6/10 5:34 AM | Verizon Internet Services |
| Doe 37 | 74.105.37.147 | 10/9/10 12:02 AM | Verizon Internet Services |
| Doe 38 | 74.105.27.162 | 10/18/10 3:44 PM | Verizon Internet Services |
| Doe 39 | 74.102.110.251 | 10/25/10 11:08 AM | Verizon Internet Services |

| Doe 40 | 72.94.47.92 | 9/16/10 12:45 PM | Verizon Internet Services |
|--------|-------------|------------------|---------------------------|
| Doe 41 | 72.86.9.81 | 10/29/10 11:24 PM | Verizon Internet Services |
| Doe 42 | 72.86.1.166 | 11/8/10 8:34 PM | Verizon Internet Services |
| Doe 43 | 72.69.75.14 | 11/9/10 9:53 AM | Verizon Internet Services |
| Doe 44 | 72.69.207.103 | 11/13/10 5:23 AM | Verizon Internet Services |
| Doe 45 | 72.69.205.228 | 11/9/10 11:48 PM | Verizon Internet Services |
| Doe 46 | 72.201.20.219 | 9/19/10 9:50 PM | Cox Communications |
| Doe 47 | 76.121.108.13 | 11/16/10 1:42 AM | Comcast Cable |
| Doe 48 | 76.103.204.183 | 11/8/10 10:08 PM | Comcast Cable |
| Doe 49 | 76.103.162.190 | 10/26/10 5:21 AM | Comcast Cable |
| Doe 50 | 76.102.49.227 | 10/10/10 2:52 AM | Comcast Cable |
| Doe 51 | 76.100.98.11 | 10/16/10 2:12 PM | Comcast Cable |
| Doe 52 | 76.100.70.105 | 11/10/10 1:16 PM | Comcast Cable |
| Doe 53 | 75.99.251.122 | 9/25/10 1:45 AM | Optimum Online |
| Doe 54 | 75.92.136.29 | 10/28/10 3:32 AM | Clearwire Corporation |
| Doe 55 | 75.85.249.55 | 9/14/10 9:02 PM | Road Runner |
| Doe 56 | 75.85.177.79 | 11/9/10 6:24 PM | Road Runner |
| Doe 57 | 76.105.173.185 | 10/19/10 4:12 PM | Comcast Cable |
| Doe 58 | 76.106.57.183 | 9/18/10 9:45 PM | Comcast Cable |
| Doe 59 | 76.111.181.147 | 10/12/10 6:48 AM | Comcast Cable |
| Doe 60 | 76.121.10.119 | 9/22/10 5:19 PM | Comcast Cable |
| Doe 61 | 76.120.72.81 | 10/25/10 9:26 PM | Comcast Cable |
| Doe 62 | 76.119.227.239 | 11/7/10 5:56 PM | Comcast Cable |
| Doe 63 | 76.119.137.177 | 10/18/10 7:13 PM | Comcast Cable |
| Doe 64 | 76.115.238.185 | 11/12/10 12:45 PM | Comcast Cable |
| Doe 65 | 76.115.196.222 | 9/27/10 6:50 PM | Comcast Cable |
| Doe 66 | 76.114.62.167 | 10/5/10 4:42 AM | Comcast Cable |
| Doe 67 | 76.114.12.137 | 10/14/10 8:22 AM | Comcast Cable |
| Doe 68 | 76.111.27.129 | 10/2/10 10:47 PM | Comcast Cable |
| Doe 69 | 75.80.167.56 | 9/10/10 2:18 AM | Road Runner |
| Doe 70 | 75.80.160.130 | 11/17/10 11:11 PM | Road Runner |
| Doe 71 | 75.67.15.202 | 11/2/10 9:11 PM | Comcast Cable |
| Doe 72 | 75.177.180.48 | 9/5/10 6:13 PM | Road Runner |
| Doe 73 | 75.176.74.176 | 11/9/10 11:49 AM | Road Runner |
| Doe 74 | 75.176.4.81 | 10/20/10 3:48 PM | Road Runner |
| Doe 75 | 75.175.99.160 | 10/3/10 7:31 AM | Qwest Communications |
| Doe 76 | 75.172.62.158 | 10/12/10 5:51 PM | Qwest Communications |
| Doe 77 | 75.142.193.16 | 11/15/10 6:10 PM | Charter Communications |
| Doe 78 | 75.140.154.66 | 10/20/10 2:09 AM | Charter Communications |
| Doe 79 | 75.137.97.175 | 10/1/10 2:19 PM | Charter Communications |
| Doe 80 | 75.67.226.148 | 9/10/10 6:48 AM | Comcast Cable |
| Doe 81 | 75.68.49.174 | 11/12/10 10:53 PM | Comcast Cable |

| Doe 82 | 75.69.209.11 | 10/6/10 1:28 AM | Comcast Cable |
|---|---|---|---|
| Doe 83 | 75.74.174.94 | 10/20/10 9:12 AM | Comcast Cable |
| Doe 84 | 75.73.47.25 | 10/6/10 6:49 PM | Comcast Cable |
| Doe 85 | 75.73.168.180 | 11/6/10 4:10 PM | Comcast Cable |
| Doe 86 | 75.73.14.36 | 9/26/10 10:02 PM | Comcast Cable |
| Doe 87 | 75.72.95.96 | 10/2/10 7:45 PM | Comcast Cable |
| Doe 88 | 75.72.250.12 | 9/27/10 12:09 AM | Comcast Cable |
| Doe 89 | 75.72.149.68 | 11/14/10 5:20 PM | Comcast Cable |
| Doe 90 | 75.72.138.244 | 9/28/10 5:26 AM | Comcast Cable |
| Doe 91 | 75.69.8.138 | 10/27/10 1:00 AM | Comcast Cable |
| Doe 92 | 75.130.213.217 | 10/18/10 2:19 PM | Charter Communications |
| Doe 93 | 71.238.186.185 | 11/10/10 11:17 AM | Comcast Cable |
| Doe 94 | 71.208.103.230 | 10/21/10 8:48 PM | Qwest Communications |
| Doe 95 | 71.205.33.51 | 11/5/10 1:44 AM | Comcast Cable |
| Doe 96 | 71.205.14.207 | 10/8/10 7:23 PM | Comcast Cable |
| Doe 97 | 71.204.181.185 | 9/5/10 4:55 PM | Comcast Cable |
| Doe 98 | 71.204.149.93 | 9/17/10 11:02 PM | Comcast Cable |
| Doe 99 | 71.201.81.33 | 10/21/10 2:33 AM | Comcast Cable |
| Doe 100 | 71.201.208.211 | 10/3/10 4:48 PM | Comcast Cable |
| Doe 101 | 71.200.55.207 | 11/2/10 11:15 PM | Comcast Cable |
| Doe 102 | 71.199.83.202 | 9/25/10 1:04 AM | Comcast Cable |
| Doe 103 | 71.21.12.186 | 9/10/10 6:38 AM | Clearwire Corporation |
| Doe 104 | 71.226.183.225 | 9/11/10 1:58 AM | Comcast Cable |
| Doe 105 | 71.229.222.9 | 10/3/10 10:36 PM | Comcast Cable |
| Doe 106 | 71.233.46.89 | 9/12/10 12:53 PM | Comcast Cable |
| Doe 107 | 71.233.146.98 | 9/15/10 10:13 PM | Comcast Cable |
| Doe 108 | 71.232.85.245 | 9/27/10 4:23 PM | Comcast Cable |
| Doe 109 | 71.232.25.115 | 10/12/10 11:35 PM | Comcast Cable |
| Doe 110 | 71.232.134.5 | 10/1/10 6:08 AM | Comcast Cable |
| Doe 111 | 71.231.30.146 | 10/22/10 9:54 PM | Comcast Cable |
| Doe 112 | 71.231.168.137 | 9/18/10 9:47 AM | Comcast Cable |
| Doe 113 | 71.231.109.143 | 10/21/10 12:01 AM | Comcast Cable |
| Doe 114 | 71.229.229.34 | 9/10/10 4:13 AM | Comcast Cable |
| Doe 115 | 71.198.141.247 | 9/21/10 10:24 AM | Comcast Cable |
| Doe 116 | 71.196.193.96 | 9/14/10 9:55 AM | Comcast Cable |
| Doe 117 | 71.127.148.2 | 10/28/10 6:59 PM | Verizon Internet Services |
| Doe 118 | 71.124.37.113 | 10/18/10 4:31 AM | Verizon Internet Services |
| Doe 119 | 71.124.125.4 | 10/16/10 10:59 PM | Verizon Internet Services |
| Doe 120 | 71.124.119.82 | 10/27/10 1:05 AM | Verizon Internet Services |
| Doe 121 | 71.117.214.235 | 10/21/10 7:46 PM | Verizon Internet Services |
| Doe 122 | 71.108.140.34 | 10/26/10 10:05 PM | Verizon Internet Services |
| Doe 123 | 71.103.94.38 | 11/6/10 1:37 AM | Verizon Internet Services |

| Doe 124 | 71.100.157.157 | 11/3/10 6:00 PM | Verizon Internet Services |
|---------|----------------|-----------------|---------------------------|
| Doe 125 | 71.10.68.217 | 11/19/10 3:40 PM | Charter Communications |
| Doe 126 | 71.15.80.132 | 10/17/10 5:01 PM | Charter Communications |
| Doe 127 | 71.170.149.50 | 10/25/10 2:12 AM | Verizon Internet Services |
| Doe 128 | 71.172.239.110 | 10/9/10 1:15 PM | Verizon Internet Services |
| Doe 129 | 71.195.253.120 | 10/24/10 8:13 AM | Comcast Cable |
| Doe 130 | 71.194.240.179 | 10/15/10 7:28 PM | Comcast Cable |
| Doe 131 | 71.194.184.161 | 10/15/10 8:03 PM | Comcast Cable |
| Doe 132 | 71.193.17.142 | 9/19/10 1:17 PM | Comcast Cable |
| Doe 133 | 71.191.77.139 | 10/28/10 5:02 AM | Verizon Internet Services |
| Doe 134 | 71.191.205.54 | 9/15/10 5:57 PM | Verizon Internet Services |
| Doe 135 | 71.191.141.34 | 9/30/10 10:56 PM | Verizon Internet Services |
| Doe 136 | 71.188.92.101 | 9/5/10 4:23 PM | Verizon Internet Services |
| Doe 137 | 71.183.234.151 | 9/10/10 2:03 PM | Verizon Internet Services |
| Doe 138 | 70.94.92.119 | 9/10/10 7:39 PM | Road Runner |
| Doe 139 | 72.200.84.92 | 11/6/10 10:06 PM | Cox Communications |
| Doe 140 | 72.177.219.98 | 11/4/10 11:12 AM | Road Runner |
| Doe 141 | 72.177.173.233 | 9/14/10 7:52 PM | Road Runner |
| Doe 142 | 72.130.62.235 | 10/10/10 9:47 PM | Road Runner |
| Doe 143 | 72.129.75.161 | 9/5/10 7:33 PM | Road Runner |
| Doe 144 | 72.129.13.101 | 9/17/10 11:53 PM | Road Runner |
| Doe 145 | 72.128.9.122 | 9/25/10 5:19 AM | Road Runner |
| Doe 146 | 71.97.144.106 | 9/19/10 3:23 PM | Verizon Internet Services |
| Doe 147 | 71.92.69.91 | 10/9/10 5:15 AM | Charter Communications |
| Doe 148 | 71.87.69.149 | 11/8/10 3:59 PM | Charter Communications |
| Doe 149 | 72.178.167.129 | 9/6/10 2:26 AM | Road Runner |
| Doe 150 | 72.184.80.82 | 10/25/10 8:22 AM | Road Runner |
| Doe 151 | 72.185.105.73 | 10/28/10 6:34 AM | Road Runner |
| Doe 152 | 72.200.34.217 | 10/26/10 11:53 PM | Cox Communications |
| Doe 153 | 72.200.213.83 | 9/6/10 2:47 PM | Cox Communications |
| Doe 154 | 72.199.218.216 | 10/13/10 4:11 PM | Cox Communications |
| Doe 155 | 72.196.134.102 | 10/21/10 4:08 AM | Cox Communications |
| Doe 156 | 72.193.16.169 | 10/12/10 4:43 AM | Cox Communications |
| Doe 157 | 72.192.218.60 | 9/6/10 11:51 AM | Cox Communications |
| Doe 158 | 72.188.140.115 | 9/13/10 7:39 AM | Road Runner |
| Doe 159 | 72.186.244.185 | 10/18/10 12:01 PM | Road Runner |
| Doe 160 | 72.186.213.224 | 9/19/10 6:41 PM | Road Runner |
| Doe 161 | 71.84.32.32 | 9/14/10 12:04 PM | Charter Communications |
| Doe 162 | 71.8.231.132 | 11/17/10 2:25 PM | Charter Communications |
| Doe 163 | 71.34.85.36 | 11/16/10 8:20 PM | Qwest Communications |
| Doe 164 | 71.30.160.250 | 10/1/10 4:12 PM | Windstream Communications |
| Doe 165 | 71.252.192.62 | 9/19/10 6:43 PM | Verizon Internet Services |

| Doe 166 | 71.241.242.136 | 9/6/10 5:26 AM | Verizon Internet Services |
| Doe 167 | 71.239.88.46 | 9/17/10 10:22 PM | Comcast Cable |
| Doe 168 | 71.239.244.94 | 9/12/10 9:04 AM | Comcast Cable |
| Doe 169 | 71.239.215.1 | 9/10/10 2:08 AM | Comcast Cable |
| Doe 170 | 71.239.167.159 | 11/17/10 6:21 AM | Comcast Cable |
| Doe 171 | 71.239.123.87 | 9/14/10 5:33 PM | Comcast Cable |
| Doe 172 | 71.41.193.250 | 11/9/10 9:27 PM | Road Runner |
| Doe 173 | 71.57.142.10 | 10/17/10 5:42 AM | Comcast Cable |
| Doe 174 | 71.57.79.206 | 10/23/10 5:14 PM | Comcast Cable |
| Doe 175 | 71.75.219.141 | 11/9/10 11:53 AM | Road Runner |
| Doe 176 | 71.67.123.8 | 11/10/10 8:12 AM | Road Runner |
| Doe 177 | 71.67.107.12 | 10/13/10 5:34 AM | Road Runner |
| Doe 178 | 71.67.104.38 | 9/25/10 12:17 PM | Road Runner |
| Doe 179 | 71.63.171.66 | 9/19/10 4:25 AM | Comcast Cable |
| Doe 180 | 71.62.86.218 | 9/21/10 4:22 PM | Comcast Cable |
| Doe 181 | 71.61.74.112 | 9/14/10 12:14 AM | Comcast Cable |
| Doe 182 | 71.61.64.70 | 10/24/10 12:06 PM | Comcast Cable |
| Doe 183 | 71.60.47.0 | 10/7/10 5:51 PM | Comcast Cable |
| Doe 184 | 71.238.253.191 | 11/15/10 7:34 PM | Comcast Cable |
| Doe 185 | 76.122.181.64 | 11/5/10 12:47 AM | Comcast Cable |
| Doe 186 | 98.20.252.108 | 10/19/10 1:03 PM | Windstream Communications |
| Doe 187 | 98.170.214.58 | 9/5/10 2:24 PM | Cox Communications |
| Doe 188 | 98.166.248.235 | 11/15/10 8:14 PM | Cox Communications |
| Doe 189 | 98.164.24.48 | 11/10/10 5:39 PM | Cox Communications |
| Doe 190 | 98.164.210.72 | 11/7/10 10:58 PM | Cox Communications |
| Doe 191 | 98.160.225.137 | 11/19/10 1:57 AM | Cox Communications |
| Doe 192 | 98.160.131.199 | 9/16/10 11:54 PM | Cox Communications |
| Doe 193 | 98.155.74.95 | 10/11/10 2:34 PM | Road Runner |
| Doe 194 | 98.154.81.226 | 11/19/10 5:57 AM | Road Runner |
| Doe 195 | 98.151.233.182 | 11/4/10 9:54 AM | Road Runner |
| Doe 196 | 98.179.189.225 | 9/9/10 4:19 PM | Cox Communications |
| Doe 197 | 98.183.230.154 | 11/16/10 9:04 AM | Cox Communications |
| Doe 198 | 98.185.243.147 | 10/15/10 9:40 PM | Cox Communications |
| Doe 199 | 98.20.224.69 | 10/13/10 5:18 AM | Windstream Communications |
| Doe 200 | 98.20.194.87 | 9/18/10 11:58 AM | Windstream Communications |
| Doe 201 | 98.20.163.153 | 9/13/10 12:50 AM | Windstream Communications |
| Doe 202 | 98.20.148.110 | 10/6/10 6:51 PM | Windstream Communications |
| Doe 203 | 98.198.170.16 | 10/11/10 3:16 AM | Comcast Cable |
| Doe 204 | 98.193.248.104 | 9/6/10 3:51 PM | Comcast Cable |
| Doe 205 | 98.193.231.153 | 10/21/10 11:31 PM | Comcast Cable |
| Doe 206 | 98.191.123.98 | 10/12/10 3:19 PM | Cox Communications |
| Doe 207 | 98.19.64.148 | 9/6/10 1:33 AM | Windstream Communications |

| Doe 208 | 98.150.152.201 | 9/17/10 9:47 PM | Road Runner |
| Doe 209 | 98.149.70.111 | 11/15/10 4:51 AM | Road Runner |
| Doe 210 | 98.109.47.149 | 9/10/10 4:16 AM | Verizon Internet Services |
| Doe 211 | 97.97.34.36 | 10/7/10 9:20 AM | Road Runner |
| Doe 212 | 97.96.4.96 | 9/23/10 1:13 AM | Road Runner |
| Doe 213 | 97.80.65.242 | 9/26/10 7:04 AM | Charter Communications |
| Doe 214 | 97.124.81.134 | 9/15/10 7:19 AM | Qwest Communications |
| Doe 215 | 97.120.73.250 | 11/4/10 5:35 AM | Qwest Communications |
| Doe 216 | 97.117.180.73 | 9/28/10 12:38 PM | Qwest Communications |
| Doe 217 | 97.115.21.39 | 9/20/10 9:34 PM | Qwest Communications |
| Doe 218 | 97.113.4.85 | 11/7/10 12:35 PM | Qwest Communications |
| Doe 219 | 98.110.171.16 | 10/1/10 9:45 PM | Verizon Internet Services |
| Doe 220 | 98.113.168.46 | 10/2/10 1:02 PM | Verizon Internet Services |
| Doe 221 | 98.114.20.181 | 10/18/10 8:26 PM | Verizon Internet Services |
| Doe 222 | 98.149.68.84 | 11/19/10 12:44 AM | Road Runner |
| Doe 223 | 98.145.79.158 | 10/7/10 5:44 AM | Road Runner |
| Doe 224 | 98.121.72.194 | 9/15/10 6:33 AM | Road Runner |
| Doe 225 | 98.118.187.245 | 9/6/10 4:29 AM | Verizon Internet Services |
| Doe 226 | 98.117.96.119 | 10/3/10 10:13 PM | Verizon Internet Services |
| Doe 227 | 98.117.214.150 | 11/19/10 4:37 AM | Verizon Internet Services |
| Doe 228 | 98.117.148.156 | 10/8/10 3:44 AM | Verizon Internet Services |
| Doe 229 | 98.116.182.106 | 9/6/10 2:27 PM | Verizon Internet Services |
| Doe 230 | 98.116.157.34 | 11/8/10 12:33 AM | Verizon Internet Services |
| Doe 231 | 97.113.12.128 | 11/5/10 7:30 PM | Qwest Communications |
| Doe 232 | 98.31.10.21 | 9/12/10 3:30 PM | Road Runner |
| Doe 233 | 98.237.157.72 | 10/24/10 12:55 PM | Comcast Cable |
| Doe 234 | 98.237.112.72 | 10/16/10 11:15 PM | Comcast Cable |
| Doe 235 | 98.236.83.188 | 9/29/10 3:31 PM | Comcast Cable |
| Doe 236 | 98.236.73.240 | 10/8/10 5:03 AM | Comcast Cable |
| Doe 237 | 98.234.23.224 | 10/24/10 6:11 AM | Comcast Cable |
| Doe 238 | 98.234.222.137 | 9/6/10 1:40 AM | Comcast Cable |
| Doe 239 | 98.232.204.33 | 10/5/10 4:05 AM | Comcast Cable |
| Doe 240 | 98.230.160.107 | 10/15/10 6:02 PM | Comcast Cable |
| Doe 241 | 98.229.49.94 | 11/12/10 3:18 AM | Comcast Cable |
| Doe 242 | 98.237.172.3 | 10/12/10 3:33 AM | Comcast Cable |
| Doe 243 | 98.238.9.235 | 10/11/10 4:22 AM | Comcast Cable |
| Doe 244 | 98.242.179.185 | 9/14/10 3:58 AM | Comcast Cable |
| Doe 245 | 98.27.45.169 | 11/7/10 12:24 PM | Road Runner |
| Doe 246 | 98.252.223.120 | 11/7/10 7:37 PM | Comcast Cable |
| Doe 247 | 98.250.16.225 | 11/10/10 9:12 PM | Comcast Cable |
| Doe 248 | 98.246.61.12 | 10/30/10 12:52 AM | Comcast Cable |
| Doe 249 | 98.245.129.175 | 9/6/10 4:42 AM | Comcast Cable |

| Doe 250 | 98.244.206.215 | 9/10/10 7:28 PM | Comcast Cable |
|---------|----------------|-----------------|---------------|
| Doe 251 | 98.244.149.54 | 10/22/10 1:02 AM | Comcast Cable |
| Doe 252 | 98.243.54.163 | 9/21/10 9:36 PM | Comcast Cable |
| Doe 253 | 98.243.130.200 | 10/29/10 4:34 AM | Comcast Cable |
| Doe 254 | 98.228.67.214 | 10/27/10 2:22 AM | Comcast Cable |
| Doe 255 | 98.228.42.199 | 11/4/10 2:43 AM | Comcast Cable |
| Doe 256 | 98.211.181.149 | 10/28/10 10:50 PM | Comcast Cable |
| Doe 257 | 98.211.169.219 | 9/6/10 3:00 PM | Comcast Cable |
| Doe 258 | 98.210.153.197 | 9/12/10 11:56 PM | Comcast Cable |
| Doe 259 | 98.210.125.24 | 10/23/10 10:19 AM | Comcast Cable |
| Doe 260 | 98.210.0.32 | 11/3/10 4:44 PM | Comcast Cable |
| Doe 261 | 98.209.24.12 | 11/8/10 4:10 PM | Comcast Cable |
| Doe 262 | 98.209.101.17 | 9/6/10 2:40 PM | Comcast Cable |
| Doe 263 | 98.208.196.133 | 10/26/10 10:24 PM | Comcast Cable |
| Doe 264 | 98.207.116.95 | 10/11/10 12:38 PM | Comcast Cable |
| Doe 265 | 98.213.132.40 | 10/19/10 11:44 AM | Comcast Cable |
| Doe 266 | 98.213.210.109 | 9/27/10 11:22 AM | Comcast Cable |
| Doe 267 | 98.217.10.7 | 10/21/10 7:28 AM | Comcast Cable |
| Doe 268 | 98.228.234.120 | 9/10/10 5:38 AM | Comcast Cable |
| Doe 269 | 98.227.165.2 | 9/13/10 11:01 PM | Comcast Cable |
| Doe 270 | 98.226.70.98 | 10/12/10 3:08 AM | Comcast Cable |
| Doe 271 | 98.223.160.122 | 10/17/10 10:54 PM | Comcast Cable |
| Doe 272 | 98.222.50.250 | 9/13/10 5:50 AM | Comcast Cable |
| Doe 273 | 98.221.40.56 | 11/18/10 3:38 AM | Comcast Cable |
| Doe 274 | 98.221.188.20 | 10/24/10 2:54 AM | Comcast Cable |
| Doe 275 | 98.218.142.98 | 10/29/10 8:12 PM | Comcast Cable |
| Doe 276 | 98.217.150.190 | 11/19/10 1:37 AM | Comcast Cable |
| Doe 277 | 98.204.35.221 | 11/15/10 6:46 PM | Comcast Cable |
| Doe 278 | 76.25.33.192 | 10/13/10 5:20 PM | Comcast Cable |
| Doe 279 | 76.188.131.154 | 9/18/10 5:53 PM | Road Runner |
| Doe 280 | 76.188.123.5 | 10/19/10 11:45 AM | Road Runner |
| Doe 281 | 76.187.84.32 | 10/27/10 12:20 AM | Road Runner |
| Doe 282 | 76.181.67.61 | 9/10/10 4:10 PM | Road Runner |
| Doe 283 | 76.181.250.224 | 10/19/10 3:08 AM | Road Runner |
| Doe 284 | 76.180.96.169 | 9/12/10 11:14 PM | Road Runner |
| Doe 285 | 76.180.26.36 | 9/12/10 3:06 AM | Road Runner |
| Doe 286 | 76.18.82.68 | 9/5/10 11:34 PM | Comcast Cable |
| Doe 287 | 76.18.81.145 | 9/13/10 9:31 PM | Comcast Cable |
| Doe 288 | 76.19.169.8 | 11/18/10 1:13 AM | Comcast Cable |
| Doe 289 | 76.19.219.136 | 11/16/10 7:18 PM | Comcast Cable |
| Doe 290 | 76.20.133.28 | 10/13/10 12:33 AM | Comcast Cable |
| Doe 291 | 76.25.245.172 | 11/11/10 3:48 PM | Comcast Cable |

| Doe 292 | 76.24.193.219 | 9/22/10 9:15 PM | Comcast Cable |
|---------|---------------|-----------------|---------------|
| Doe 293 | 76.24.134.85 | 10/28/10 10:55 PM | Comcast Cable |
| Doe 294 | 76.23.78.254 | 9/10/10 9:15 AM | Comcast Cable |
| Doe 295 | 76.23.197.36 | 11/5/10 7:03 PM | Comcast Cable |
| Doe 296 | 76.22.202.136 | 9/13/10 12:52 AM | Comcast Cable |
| Doe 297 | 76.22.122.4 | 10/3/10 4:33 AM | Comcast Cable |
| Doe 298 | 76.22.106.28 | 10/25/10 4:24 PM | Comcast Cable |
| Doe 299 | 76.20.248.214 | 9/19/10 3:44 PM | Comcast Cable |
| Doe 300 | 76.179.38.220 | 11/19/10 6:14 PM | Road Runner |
| Doe 301 | 76.178.40.219 | 9/25/10 2:50 PM | Road Runner |
| Doe 302 | 76.170.18.198 | 9/10/10 10:17 AM | Road Runner |
| Doe 303 | 76.170.17.7 | 9/23/10 9:00 PM | Road Runner |
| Doe 304 | 76.17.252.154 | 10/21/10 8:05 PM | Comcast Cable |
| Doe 305 | 76.168.39.197 | 10/21/10 12:22 AM | Road Runner |
| Doe 306 | 76.167.35.161 | 9/13/10 9:01 AM | Road Runner |
| Doe 307 | 76.167.223.37 | 10/23/10 7:19 AM | Road Runner |
| Doe 308 | 76.15.129.153 | 9/15/10 5:27 PM | EarthLink |
| Doe 309 | 76.127.124.226 | 11/17/10 6:15 AM | Comcast Cable |
| Doe 310 | 76.126.148.232 | 9/29/10 4:12 PM | Comcast Cable |
| Doe 311 | 76.170.19.103 | 9/26/10 1:04 AM | Road Runner |
| Doe 312 | 76.170.226.212 | 9/10/10 9:03 AM | Road Runner |
| Doe 313 | 76.172.162.247 | 10/3/10 7:58 AM | Road Runner |
| Doe 314 | 76.178.26.4 | 11/5/10 3:28 AM | Road Runner |
| Doe 315 | 76.178.134.175 | 11/16/10 7:12 AM | Road Runner |
| Doe 316 | 76.177.71.232 | 10/3/10 11:14 AM | Road Runner |
| Doe 317 | 76.176.6.71 | 9/13/10 1:06 AM | Road Runner |
| Doe 318 | 76.176.20.248 | 9/26/10 5:37 PM | Road Runner |
| Doe 319 | 76.176.169.156 | 10/21/10 7:27 PM | Road Runner |
| Doe 320 | 76.174.132.91 | 11/8/10 9:57 AM | Road Runner |
| Doe 321 | 76.173.247.174 | 11/18/10 10:45 PM | Road Runner |
| Doe 322 | 76.172.40.22 | 11/9/10 4:45 AM | Road Runner |
| Doe 323 | 76.124.113.157 | 10/23/10 8:23 PM | Comcast Cable |
| Doe 324 | 97.104.19.254 | 10/11/10 11:15 AM | Road Runner |
| Doe 325 | 96.245.173.205 | 10/21/10 3:48 AM | Verizon Internet Services |
| Doe 326 | 96.243.181.177 | 11/5/10 2:41 PM | Verizon Internet Services |
| Doe 327 | 96.242.46.121 | 11/16/10 2:45 AM | Verizon Internet Services |
| Doe 328 | 96.242.12.209 | 10/20/10 5:12 PM | Verizon Internet Services |
| Doe 329 | 96.241.162.140 | 9/12/10 10:47 AM | Verizon Internet Services |
| Doe 330 | 96.239.107.214 | 10/2/10 10:22 PM | Verizon Internet Services |
| Doe 331 | 96.237.23.95 | 9/10/10 12:48 PM | Verizon Internet Services |
| Doe 332 | 96.228.52.158 | 11/17/10 1:57 PM | Verizon Internet Services |
| Doe 333 | 96.228.33.215 | 10/23/10 10:56 PM | Verizon Internet Services |

| Doe 334 | 96.246.22.63 | 10/21/10 1:31 PM | Verizon Internet Services |
|---------|--------------|------------------|---------------------------|
| Doe 335 | 96.248.209.224 | 10/25/10 11:00 PM | Verizon Internet Services |
| Doe 336 | 96.250.9.50 | 9/10/10 6:51 AM | Verizon Internet Services |
| Doe 337 | 97.102.35.78 | 9/5/10 1:34 PM | Road Runner |
| Doe 338 | 97.102.23.121 | 10/28/10 11:29 PM | Road Runner |
| Doe 339 | 97.100.57.136 | 10/1/10 9:01 PM | Road Runner |
| Doe 340 | 96.40.187.88 | 10/11/10 8:14 PM | Charter Communications |
| Doe 341 | 96.36.137.176 | 10/27/10 8:37 PM | Charter Communications |
| Doe 342 | 96.28.90.39 | 9/16/10 12:21 PM | Insight Communications Company |
| Doe 343 | 96.254.101.89 | 10/14/10 9:01 PM | Verizon Internet Services |
| Doe 344 | 96.251.35.10 | 10/19/10 9:17 PM | Verizon Internet Services |
| Doe 345 | 96.251.28.185 | 9/23/10 3:31 AM | Verizon Internet Services |
| Doe 346 | 96.225.238.216 | 9/5/10 5:43 PM | Verizon Internet Services |
| Doe 347 | 76.98.231.94 | 9/11/10 3:20 AM | Comcast Cable |
| Doe 348 | 76.87.31.146 | 9/28/10 3:42 AM | Road Runner |
| Doe 349 | 76.87.31.145 | 10/19/10 9:41 AM | Road Runner |
| Doe 350 | 76.84.193.124 | 10/5/10 10:47 PM | Road Runner |
| Doe 351 | 76.84.107.56 | 9/11/10 1:55 AM | Road Runner |
| Doe 352 | 76.79.99.84 | 10/29/10 5:08 AM | Road Runner |
| Doe 353 | 76.31.234.92 | 10/25/10 1:50 AM | Comcast Cable |
| Doe 354 | 76.30.113.100 | 9/11/10 3:13 PM | Comcast Cable |
| Doe 355 | 76.28.213.184 | 9/25/10 11:40 PM | Comcast Cable |
| Doe 356 | 76.27.81.96 | 10/17/10 6:11 AM | Comcast Cable |
| Doe 357 | 76.87.64.44 | 10/27/10 8:52 PM | Road Runner |
| Doe 358 | 76.87.73.93 | 9/27/10 11:19 PM | Road Runner |
| Doe 359 | 76.87.89.108 | 11/19/10 4:18 AM | Road Runner |
| Doe 360 | 76.98.150.250 | 10/10/10 3:34 AM | Comcast Cable |
| Doe 361 | 76.97.74.44 | 11/16/10 12:16 AM | Comcast Cable |
| Doe 362 | 76.94.217.178 | 11/18/10 7:57 PM | Road Runner |
| Doe 363 | 76.93.168.229 | 11/1/10 10:07 PM | Road Runner |
| Doe 364 | 76.91.49.167 | 9/19/10 6:46 AM | Road Runner |
| Doe 365 | 76.90.143.230 | 11/11/10 6:50 AM | Road Runner |
| Doe 366 | 76.88.80.165 | 10/11/10 11:47 AM | Road Runner |
| Doe 367 | 76.88.57.143 | 10/16/10 6:37 PM | Road Runner |
| Doe 368 | 76.88.181.126 | 11/19/10 4:47 PM | Road Runner |
| Doe 369 | 76.25.59.199 | 9/18/10 12:18 AM | Comcast Cable |
| Doe 370 | 70.94.3.18 | 10/30/10 6:16 AM | Road Runner |
| Doe 371 | 24.205.38.145 | 11/3/10 5:32 AM | Charter Communications |
| Doe 372 | 24.185.56.240 | 9/11/10 1:11 PM | Optimum Online |
| Doe 373 | 24.185.35.228 | 9/17/10 3:53 AM | Optimum Online |
| Doe 374 | 24.185.152.172 | 9/29/10 11:06 PM | Optimum Online |
| Doe 375 | 24.185.147.21 | 10/17/10 4:46 AM | Optimum Online |

| Doe 376 | 24.18.170.1 | 10/17/10 12:57 AM | Comcast Cable |
| Doe 377 | 24.178.122.229 | 11/16/10 4:00 AM | Charter Communications |
| Doe 378 | 24.177.98.34 | 11/4/10 9:54 AM | Charter Communications |
| Doe 379 | 24.167.20.143 | 10/25/10 6:39 AM | Road Runner |
| Doe 380 | 24.165.199.126 | 11/13/10 1:50 AM | Road Runner |
| Doe 381 | 24.186.77.61 | 9/6/10 2:31 AM | Optimum Online |
| Doe 382 | 24.188.145.209 | 11/4/10 11:20 AM | Optimum Online |
| Doe 383 | 24.188.17.213 | 9/5/10 2:42 PM | Optimum Online |
| Doe 384 | 24.2.199.158 | 11/1/10 10:52 PM | Comcast Cable |
| Doe 385 | 24.197.2.247 | 9/20/10 1:00 AM | Charter Communications |
| Doe 386 | 24.193.146.237 | 9/19/10 6:48 AM | Road Runner |
| Doe 387 | 24.190.41.188 | 9/17/10 3:02 PM | Optimum Online |
| Doe 388 | 24.19.55.14 | 10/7/10 9:16 AM | Comcast Cable |
| Doe 389 | 24.19.43.72 | 10/9/10 12:01 AM | Comcast Cable |
| Doe 390 | 24.19.254.8 | 10/20/10 12:53 AM | Comcast Cable |
| Doe 391 | 24.19.149.218 | 9/17/10 1:03 PM | Comcast Cable |
| Doe 392 | 24.189.47.229 | 11/18/10 9:14 PM | Optimum Online |
| Doe 393 | 24.161.153.48 | 11/8/10 6:18 AM | Road Runner |
| Doe 394 | 24.160.79.25 | 11/13/10 8:46 AM | Road Runner |
| Doe 395 | 24.12.53.155 | 9/19/10 4:26 PM | Comcast Cable |
| Doe 396 | 24.12.134.145 | 11/6/10 9:50 PM | Comcast Cable |
| Doe 397 | 24.118.199.3 | 11/16/10 1:28 PM | Comcast Cable |
| Doe 398 | 24.11.44.45 | 10/22/10 4:29 AM | Comcast Cable |
| Doe 399 | 24.11.145.94 | 9/24/10 5:13 AM | Comcast Cable |
| Doe 400 | 24.107.203.196 | 11/16/10 6:25 AM | Charter Communications |
| Doe 401 | 24.107.17.77 | 9/6/10 7:57 AM | Charter Communications |
| Doe 402 | 24.10.136.60 | 11/5/10 5:50 AM | Comcast Cable |
| Doe 403 | 24.10.123.207 | 11/11/10 2:45 AM | Comcast Cable |
| Doe 404 | 24.127.129.5 | 10/14/10 2:19 AM | Comcast Cable |
| Doe 405 | 24.127.162.20 | 11/5/10 3:26 PM | Comcast Cable |
| Doe 406 | 24.128.23.122 | 11/1/10 11:28 PM | Comcast Cable |
| Doe 407 | 24.160.179.200 | 9/17/10 5:32 AM | Road Runner |
| Doe 408 | 24.16.230.208 | 11/7/10 6:44 AM | Comcast Cable |
| Doe 409 | 24.159.180.217 | 10/23/10 2:15 AM | Charter Communications |
| Doe 410 | 24.15.169.243 | 11/18/10 4:23 PM | Comcast Cable |
| Doe 411 | 24.148.171.220 | 9/23/10 4:54 PM | EarthLink |
| Doe 412 | 24.136.70.136 | 10/30/10 8:11 AM | EarthLink |
| Doe 413 | 24.131.8.75 | 11/5/10 3:22 PM | Comcast Cable |
| Doe 414 | 24.131.6.99 | 9/16/10 3:23 AM | Comcast Cable |
| Doe 415 | 24.13.189.13 | 9/28/10 8:59 PM | Comcast Cable |
| Doe 416 | 24.1.228.109 | 9/9/10 9:37 PM | Comcast Cable |
| Doe 417 | 65.25.146.175 | 10/16/10 1:32 AM | Road Runner |

| Doe 418 | 24.74.103.230 | 11/6/10 12:46 AM | Road Runner |
| Doe 419 | 24.7.98.184 | 10/12/10 7:05 PM | Comcast Cable |
| Doe 420 | 24.7.248.86 | 11/5/10 12:14 AM | Comcast Cable |
| Doe 421 | 24.63.162.129 | 9/28/10 12:30 PM | Comcast Cable |
| Doe 422 | 24.63.107.87 | 11/7/10 10:47 AM | Comcast Cable |
| Doe 423 | 24.62.56.73 | 11/18/10 3:48 AM | Comcast Cable |
| Doe 424 | 24.62.254.195 | 9/27/10 9:05 PM | Comcast Cable |
| Doe 425 | 24.62.148.219 | 9/15/10 2:30 AM | Comcast Cable |
| Doe 426 | 24.61.216.115 | 10/12/10 1:10 PM | Comcast Cable |
| Doe 427 | 24.74.89.118 | 9/10/10 6:26 AM | Road Runner |
| Doe 428 | 24.9.206.162 | 10/10/10 5:21 PM | Comcast Cable |
| Doe 429 | 24.90.136.65 | 9/5/10 2:22 PM | Road Runner |
| Doe 430 | 65.185.33.40 | 11/7/10 9:49 AM | Road Runner |
| Doe 431 | 65.160.213.50 | 11/10/10 11:18 PM | Sprint |
| Doe 432 | 63.238.223.166 | 9/22/10 11:16 PM | Qwest Communications |
| Doe 433 | 63.226.207.25 | 10/21/10 7:06 PM | Qwest Communications |
| Doe 434 | 24.99.127.104 | 11/3/10 3:14 AM | Comcast Cable |
| Doe 435 | 24.98.209.4 | 11/18/10 1:33 AM | Comcast Cable |
| Doe 436 | 24.92.250.217 | 10/14/10 4:30 AM | Road Runner |
| Doe 437 | 24.92.139.69 | 11/16/10 1:08 AM | Road Runner |
| Doe 438 | 24.90.250.181 | 9/13/10 4:56 AM | Road Runner |
| Doe 439 | 24.6.76.18 | 9/20/10 5:06 AM | Comcast Cable |
| Doe 440 | 24.6.119.2 | 9/15/10 4:59 AM | Comcast Cable |
| Doe 441 | 24.243.0.22 | 11/14/10 6:04 AM | Road Runner |
| Doe 442 | 24.24.136.143 | 9/18/10 2:23 PM | Road Runner |
| Doe 443 | 24.236.151.13 | 10/15/10 12:14 PM | Charter Communications |
| Doe 444 | 24.234.224.114 | 11/6/10 11:36 PM | Cox Communications |
| Doe 445 | 24.231.224.110 | 9/9/10 11:35 PM | Charter Communications |
| Doe 446 | 24.23.132.4 | 9/11/10 12:20 AM | Comcast Cable |
| Doe 447 | 24.23.0.182 | 11/9/10 4:50 PM | Comcast Cable |
| Doe 448 | 24.223.160.220 | 9/22/10 9:08 PM | EarthLink |
| Doe 449 | 24.218.249.208 | 9/11/10 12:42 PM | Comcast Cable |
| Doe 450 | 24.249.2.58 | 10/9/10 5:10 PM | Cox Communications |
| Doe 451 | 24.255.156.231 | 11/9/10 1:16 AM | Cox Communications |
| Doe 452 | 24.26.22.237 | 10/22/10 7:33 AM | Road Runner |
| Doe 453 | 24.47.116.244 | 10/9/10 4:46 AM | Optimum Online |
| Doe 454 | 24.44.84.237 | 9/30/10 9:22 AM | Optimum Online |
| Doe 455 | 24.44.6.46 | 10/2/10 6:28 PM | Optimum Online |
| Doe 456 | 24.44.11.129 | 10/2/10 12:57 AM | Optimum Online |
| Doe 457 | 24.4.86.168 | 11/5/10 2:39 AM | Comcast Cable |
| Doe 458 | 24.4.69.194 | 9/11/10 10:13 PM | Comcast Cable |
| Doe 459 | 24.29.73.182 | 10/10/10 10:39 PM | Road Runner |

| Doe 460 | 24.29.73.10 | 11/10/10 5:15 AM | Road Runner |
|---------|-------------|------------------|-------------|
| Doe 461 | 24.28.81.160 | 9/15/10 10:42 PM | Road Runner |
| Doe 462 | 24.211.20.206 | 9/14/10 9:49 AM | Road Runner |
| Doe 463 | 174.102.246.124 | 10/22/10 6:11 AM | Road Runner |
| Doe 464 | 173.66.156.70 | 11/5/10 12:00 AM | Verizon Internet Services |
| Doe 465 | 173.63.118.155 | 9/5/10 10:05 PM | Verizon Internet Services |
| Doe 466 | 173.60.79.201 | 11/17/10 2:15 AM | Verizon Internet Services |
| Doe 467 | 173.60.240.12 | 10/8/10 9:08 PM | Verizon Internet Services |
| Doe 468 | 173.60.134.87 | 10/27/10 12:49 AM | Verizon Internet Services |
| Doe 469 | 173.60.112.186 | 9/20/10 10:46 PM | Verizon Internet Services |
| Doe 470 | 173.55.77.204 | 10/18/10 6:51 PM | Verizon Internet Services |
| Doe 471 | 173.55.4.59 | 9/30/10 10:00 AM | Verizon Internet Services |
| Doe 472 | 173.53.96.37 | 10/15/10 2:51 AM | Verizon Internet Services |
| Doe 473 | 173.68.142.125 | 11/13/10 5:59 PM | Verizon Internet Services |
| Doe 474 | 173.71.41.146 | 11/6/10 4:00 PM | Verizon Internet Services |
| Doe 475 | 173.76.95.188 | 9/10/10 11:00 PM | Verizon Internet Services |
| Doe 476 | 174.102.14.227 | 9/6/10 11:02 AM | Road Runner |
| Doe 477 | 173.97.207.17 | 9/20/10 10:30 AM | Sprint PCS |
| Doe 478 | 173.93.247.140 | 10/9/10 9:48 AM | Road Runner |
| Doe 479 | 173.93.190.30 | 9/9/10 4:25 PM | Road Runner |
| Doe 480 | 173.86.185.234 | 9/30/10 10:29 AM | Frontier Communications |
| Doe 481 | 173.79.71.96 | 10/17/10 9:43 PM | Verizon Internet Services |
| Doe 482 | 173.78.79.161 | 11/12/10 11:14 AM | Verizon Internet Services |
| Doe 483 | 173.77.232.50 | 10/10/10 6:31 PM | Verizon Internet Services |
| Doe 484 | 173.77.217.228 | 9/30/10 7:16 PM | Verizon Internet Services |
| Doe 485 | 173.51.90.154 | 9/27/10 8:35 AM | Verizon Internet Services |
| Doe 486 | 173.51.118.211 | 10/4/10 3:49 AM | Verizon Internet Services |
| Doe 487 | 12.5.175.236 | 11/15/10 4:20 PM | AT&T WorldNet Services |
| Doe 488 | 12.13.29.66 | 10/5/10 9:58 PM | AT&T WorldNet Services |
| Doe 489 | 108.9.105.2 | 11/6/10 11:51 PM | Verizon Internet Services |
| Doe 490 | 108.7.195.161 | 11/13/10 9:27 PM | Verizon Internet Services |
| Doe 491 | 108.2.107.202 | 10/11/10 1:36 PM | Verizon Internet Services |
| Doe 492 | 108.17.76.147 | 9/12/10 3:29 PM | Verizon Internet Services |
| Doe 493 | 108.16.1.145 | 9/6/10 2:35 AM | Verizon Internet Services |
| Doe 494 | 108.12.197.129 | 11/18/10 12:02 PM | Verizon Internet Services |
| Doe 495 | 108.104.193.213 | 9/16/10 1:15 PM | Sprint PCS |
| Doe 496 | 146.115.52.201 | 11/12/10 7:09 PM | RCN Corporation |
| Doe 497 | 166.82.4.226 | 10/11/10 6:26 AM | Windstream Communications |
| Doe 498 | 168.103.62.75 | 11/8/10 8:57 AM | Qwest Communications |
| Doe 499 | 173.48.190.77 | 9/20/10 12:24 PM | Verizon Internet Services |
| Doe 500 | 173.48.181.145 | 9/13/10 3:15 AM | Verizon Internet Services |
| Doe 501 | 173.3.227.168 | 9/5/10 9:58 PM | Optimum Online |

| Doe 502 | 173.188.142.17 | 11/4/10 3:36 PM | Windstream Communications |
| Doe 503 | 173.188.131.91 | 9/18/10 9:31 AM | Windstream Communications |
| Doe 504 | 173.174.92.88 | 9/26/10 6:40 AM | Road Runner |
| Doe 505 | 173.171.84.67 | 11/18/10 12:18 AM | Road Runner |
| Doe 506 | 173.170.71.85 | 10/5/10 7:32 PM | Road Runner |
| Doe 507 | 173.169.9.82 | 10/17/10 10:08 PM | Road Runner |
| Doe 508 | 108.0.84.4 | 9/26/10 5:39 AM | Verizon Internet Services |
| Doe 509 | 216.80.23.69 | 10/17/10 5:56 PM | RCN Corporation |
| Doe 510 | 184.78.103.240 | 10/3/10 2:23 PM | Clearwire Corporation |
| Doe 511 | 184.59.27.170 | 9/27/10 1:51 AM | Road Runner |
| Doe 512 | 184.58.23.201 | 10/30/10 5:37 PM | Road Runner |
| Doe 513 | 184.58.110.68 | 9/22/10 5:47 PM | Road Runner |
| Doe 514 | 184.57.206.123 | 11/2/10 9:56 PM | Road Runner |
| Doe 515 | 184.190.74.43 | 10/3/10 9:39 PM | Cox Communications |
| Doe 516 | 174.98.184.215 | 11/2/10 2:40 AM | Road Runner |
| Doe 517 | 174.70.132.84 | 11/8/10 1:09 AM | Cox Communications |
| Doe 518 | 174.61.110.183 | 10/18/10 12:36 PM | Comcast Cable |
| Doe 519 | 184.79.170.17 | 9/10/10 4:11 AM | Clearwire Corporation |
| Doe 520 | 184.79.48.29 | 9/27/10 9:35 AM | Clearwire Corporation |
| Doe 521 | 184.88.0.3 | 10/22/10 10:35 PM | Road Runner |
| Doe 522 | 208.17.119.34 | 11/15/10 7:52 PM | Sprint |
| Doe 523 | 208.120.20.177 | 9/23/10 7:56 PM | EarthLink |
| Doe 524 | 207.38.129.170 | 10/13/10 1:06 AM | RCN Corporation |
| Doe 525 | 207.237.55.36 | 10/10/10 3:00 AM | RCN Corporation |
| Doe 526 | 207.237.1.112 | 11/13/10 9:23 PM | RCN Corporation |
| Doe 527 | 207.229.157.214 | 9/9/10 8:07 PM | RCN Corporation |
| Doe 528 | 204.212.14.246 | 11/18/10 12:02 AM | Sprint |
| Doe 529 | 204.210.230.61 | 10/27/10 8:47 PM | Road Runner |
| Doe 530 | 184.88.133.207 | 9/29/10 8:01 AM | Road Runner |
| Doe 531 | 174.58.231.146 | 10/19/10 12:41 AM | Comcast Cable |
| Doe 532 | 174.56.74.33 | 9/15/10 7:37 AM | Comcast Cable |
| Doe 533 | 174.21.53.73 | 10/27/10 5:41 AM | Qwest Communications |
| Doe 534 | 174.21.50.105 | 10/28/10 1:21 AM | Qwest Communications |
| Doe 535 | 174.21.46.106 | 10/28/10 7:29 PM | Qwest Communications |
| Doe 536 | 174.21.45.32 | 11/2/10 9:22 AM | Qwest Communications |
| Doe 537 | 174.21.36.57 | 10/28/10 8:16 PM | Qwest Communications |
| Doe 538 | 174.21.32.118 | 11/2/10 12:58 AM | Qwest Communications |
| Doe 539 | 174.20.239.61 | 11/11/10 2:24 AM | Qwest Communications |
| Doe 540 | 174.17.189.112 | 9/11/10 2:25 AM | Qwest Communications |
| Doe 541 | 174.103.227.8 | 11/15/10 12:46 AM | Road Runner |
| Doe 542 | 174.21.55.85 | 10/28/10 3:35 AM | Qwest Communications |
| Doe 543 | 174.22.57.59 | 10/20/10 6:37 PM | Qwest Communications |

| Doe 544 | 174.23.176.32 | 10/10/10 10:10 PM | Qwest Communications |
| Doe 545 | 174.54.104.99 | 9/23/10 2:22 PM | Comcast Cable |
| Doe 546 | 174.51.254.226 | 9/24/10 7:52 AM | Comcast Cable |
| Doe 547 | 174.49.21.128 | 10/11/10 4:31 PM | Comcast Cable |
| Doe 548 | 174.49.21.119 | 9/20/10 11:36 AM | Comcast Cable |
| Doe 549 | 174.48.47.247 | 10/30/10 5:32 AM | Comcast Cable |
| Doe 550 | 174.31.243.151 | 10/15/10 8:29 PM | Qwest Communications |
| Doe 551 | 174.27.220.102 | 11/14/10 7:50 AM | Qwest Communications |
| Doe 552 | 174.26.63.151 | 11/16/10 7:04 AM | Qwest Communications |
| Doe 553 | 174.25.118.199 | 10/8/10 5:17 AM | Qwest Communications |
| Doe 554 | 174.103.107.29 | 9/5/10 1:46 PM | Road Runner |
| Doe 555 | 65.31.126.223 | 9/6/10 7:08 AM | Road Runner |
| Doe 556 | 69.119.166.78 | 10/10/10 8:28 PM | Optimum Online |
| Doe 557 | 68.61.110.78 | 11/18/10 3:32 PM | Comcast Cable |
| Doe 558 | 68.58.74.57 | 11/16/10 5:57 PM | Comcast Cable |
| Doe 559 | 68.58.73.182 | 10/1/10 11:46 PM | Comcast Cable |
| Doe 560 | 68.58.115.154 | 10/17/10 8:49 PM | Comcast Cable |
| Doe 561 | 68.55.1.249 | 11/16/10 12:56 PM | Comcast Cable |
| Doe 562 | 68.54.153.150 | 11/5/10 1:35 PM | Comcast Cable |
| Doe 563 | 68.5.254.18 | 11/7/10 5:31 PM | Cox Communications |
| Doe 564 | 68.5.201.127 | 9/17/10 2:40 PM | Cox Communications |
| Doe 565 | 68.48.208.246 | 9/20/10 6:09 PM | Comcast Cable |
| Doe 566 | 68.61.204.37 | 11/7/10 12:18 AM | Comcast Cable |
| Doe 567 | 68.61.90.55 | 9/27/10 2:56 AM | Comcast Cable |
| Doe 568 | 68.7.61.24 | 9/10/10 3:18 AM | Cox Communications |
| Doe 569 | 69.118.15.168 | 10/15/10 3:41 AM | Optimum Online |
| Doe 570 | 69.117.251.127 | 11/14/10 6:29 AM | Optimum Online |
| Doe 571 | 69.117.25.60 | 11/16/10 6:13 PM | Optimum Online |
| Doe 572 | 69.116.176.58 | 9/9/10 8:06 PM | Optimum Online |
| Doe 573 | 69.116.118.24 | 9/12/10 1:45 AM | Optimum Online |
| Doe 574 | 69.116.116.33 | 10/16/10 10:22 PM | Optimum Online |
| Doe 575 | 69.115.215.198 | 9/17/10 5:41 AM | Optimum Online |
| Doe 576 | 68.96.215.153 | 9/20/10 12:39 AM | Cox Communications |
| Doe 577 | 68.80.87.224 | 10/24/10 12:36 AM | Comcast Cable |
| Doe 578 | 68.47.159.57 | 10/3/10 6:16 AM | Comcast Cable |
| Doe 579 | 68.46.70.100 | 9/29/10 2:41 AM | Comcast Cable |
| Doe 580 | 68.32.1.243 | 9/10/10 12:57 AM | Comcast Cable |
| Doe 581 | 68.238.250.118 | 10/19/10 12:46 PM | Verizon Internet Services |
| Doe 582 | 68.237.77.80 | 9/6/10 10:13 AM | Verizon Internet Services |
| Doe 583 | 68.237.75.227 | 11/9/10 12:33 AM | Verizon Internet Services |
| Doe 584 | 68.231.165.135 | 10/17/10 12:43 AM | Cox Communications |
| Doe 585 | 68.228.30.114 | 10/16/10 1:46 AM | Cox Communications |

| Doe 586 | 68.227.32.91 | 10/12/10 12:16 AM | Cox Communications |
| Doe 587 | 68.226.112.155 | 9/10/10 9:36 PM | Cox Communications |
| Doe 588 | 68.225.252.211 | 11/11/10 4:53 PM | Cox Communications |
| Doe 589 | 68.35.0.99 | 10/12/10 11:14 PM | Comcast Cable |
| Doe 590 | 68.35.157.82 | 11/13/10 7:06 AM | Comcast Cable |
| Doe 591 | 68.36.145.223 | 9/18/10 10:58 PM | Comcast Cable |
| Doe 592 | 68.44.60.98 | 9/17/10 6:54 AM | Comcast Cable |
| Doe 593 | 68.42.112.151 | 11/7/10 12:31 AM | Comcast Cable |
| Doe 594 | 68.41.146.15 | 10/9/10 4:48 PM | Comcast Cable |
| Doe 595 | 68.40.51.63 | 9/28/10 5:36 PM | Comcast Cable |
| Doe 596 | 68.40.248.231 | 10/20/10 7:07 AM | Comcast Cable |
| Doe 597 | 68.4.219.222 | 9/17/10 1:33 AM | Cox Communications |
| Doe 598 | 68.38.233.241 | 11/15/10 2:41 AM | Comcast Cable |
| Doe 599 | 68.37.130.10 | 10/18/10 9:26 PM | Comcast Cable |
| Doe 600 | 68.36.15.162 | 9/6/10 5:40 AM | Comcast Cable |
| Doe 601 | 68.224.248.187 | 9/18/10 2:09 AM | Cox Communications |
| Doe 602 | 70.94.211.228 | 9/18/10 8:03 AM | Road Runner |
| Doe 603 | 70.160.25.30 | 11/13/10 7:40 PM | Cox Communications |
| Doe 604 | 70.160.212.162 | 10/6/10 4:02 PM | Cox Communications |
| Doe 605 | 70.126.204.121 | 11/13/10 11:11 PM | Road Runner |
| Doe 606 | 70.122.254.140 | 11/10/10 12:24 PM | Road Runner |
| Doe 607 | 70.120.166.192 | 10/23/10 8:35 AM | Road Runner |
| Doe 608 | 70.119.24.159 | 9/10/10 2:42 AM | Road Runner |
| Doe 609 | 70.116.132.188 | 11/2/10 3:27 AM | Road Runner |
| Doe 610 | 70.113.122.198 | 9/26/10 3:22 PM | Road Runner |
| Doe 611 | 70.112.18.30 | 9/19/10 11:56 PM | Road Runner |
| Doe 612 | 70.161.23.146 | 11/6/10 1:48 AM | Cox Communications |
| Doe 613 | 70.161.27.154 | 10/14/10 2:09 PM | Cox Communications |
| Doe 614 | 70.167.75.103 | 10/25/10 11:28 PM | Cox Communications |
| Doe 615 | 70.92.226.99 | 11/8/10 11:30 AM | Road Runner |
| Doe 616 | 70.22.250.142 | 11/6/10 7:43 AM | Verizon Internet Services |
| Doe 617 | 70.190.165.241 | 10/25/10 5:50 PM | Cox Communications |
| Doe 618 | 70.189.207.56 | 10/10/10 1:26 AM | Cox Communications |
| Doe 619 | 70.184.80.41 | 9/12/10 10:05 PM | Cox Communications |
| Doe 620 | 70.181.118.158 | 11/7/10 12:09 AM | Cox Communications |
| Doe 621 | 70.177.68.231 | 11/15/10 2:22 PM | Cox Communications |
| Doe 622 | 70.173.119.230 | 10/14/10 12:22 AM | Cox Communications |
| Doe 623 | 70.171.173.136 | 9/11/10 12:02 PM | Cox Communications |
| Doe 624 | 70.112.123.193 | 9/18/10 7:46 AM | Road Runner |
| Doe 625 | 70.104.14.107 | 11/19/10 10:15 AM | Verizon Internet Services |
| Doe 626 | 69.142.66.26 | 10/23/10 4:58 AM | Comcast Cable |
| Doe 627 | 69.142.184.31 | 10/26/10 10:06 PM | Comcast Cable |

| Doe 628 | 69.138.209.227 | 11/15/10 6:35 AM | Comcast Cable |
| Doe 629 | 69.137.119.31 | 10/1/10 10:21 PM | Comcast Cable |
| Doe 630 | 69.136.98.130 | 9/27/10 9:29 AM | Comcast Cable |
| Doe 631 | 69.127.132.87 | 11/6/10 12:24 AM | Optimum Online |
| Doe 632 | 69.126.39.34 | 9/9/10 11:28 PM | Optimum Online |
| Doe 633 | 69.122.68.240 | 10/29/10 12:12 AM | Optimum Online |
| Doe 634 | 69.122.146.89 | 9/16/10 7:30 PM | Optimum Online |
| Doe 635 | 69.180.242.91 | 9/26/10 8:06 PM | Comcast Cable |
| Doe 636 | 69.180.98.39 | 9/10/10 12:06 PM | Comcast Cable |
| Doe 637 | 69.181.229.106 | 10/26/10 2:40 AM | Comcast Cable |
| Doe 638 | 70.101.137.32 | 10/10/10 10:53 AM | Frontier Communications |
| Doe 639 | 69.255.225.33 | 10/28/10 5:32 PM | Comcast Cable |
| Doe 640 | 69.254.252.169 | 10/16/10 9:27 PM | Comcast Cable |
| Doe 641 | 69.249.90.115 | 9/5/10 1:18 PM | Comcast Cable |
| Doe 642 | 69.249.131.17 | 9/28/10 6:02 PM | Comcast Cable |
| Doe 643 | 69.248.249.185 | 9/30/10 8:58 AM | Comcast Cable |
| Doe 644 | 69.247.178.85 | 10/22/10 10:28 PM | Comcast Cable |
| Doe 645 | 69.245.148.116 | 10/29/10 3:14 AM | Comcast Cable |
| Doe 646 | 69.200.243.108 | 10/20/10 4:00 AM | Road Runner |
| Doe 647 | 69.121.20.83 | 10/2/10 12:27 AM | Optimum Online |
| Doe 648 | 67.185.92.38 | 11/18/10 5:00 PM | Comcast Cable |
| Doe 649 | 67.170.70.214 | 11/9/10 7:33 AM | Comcast Cable |
| Doe 650 | 67.170.53.209 | 11/3/10 12:29 AM | Comcast Cable |
| Doe 651 | 67.170.174.236 | 11/3/10 3:55 AM | Comcast Cable |
| Doe 652 | 67.170.116.199 | 11/11/10 6:38 AM | Comcast Cable |
| Doe 653 | 67.168.131.186 | 9/16/10 2:21 AM | Comcast Cable |
| Doe 654 | 67.165.101.99 | 10/24/10 6:50 PM | Comcast Cable |
| Doe 655 | 67.164.56.124 | 9/16/10 11:12 PM | Comcast Cable |
| Doe 656 | 67.164.116.220 | 9/9/10 3:01 PM | Comcast Cable |
| Doe 657 | 67.162.108.221 | 10/22/10 1:11 AM | Comcast Cable |
| Doe 658 | 67.171.6.128 | 11/14/10 10:36 PM | Comcast Cable |
| Doe 659 | 67.172.127.226 | 9/22/10 10:30 PM | Comcast Cable |
| Doe 660 | 67.172.183.11 | 9/25/10 4:57 AM | Comcast Cable |
| Doe 661 | 67.185.145.250 | 10/21/10 6:17 AM | Comcast Cable |
| Doe 662 | 67.184.177.52 | 9/5/10 4:47 PM | Comcast Cable |
| Doe 663 | 67.183.160.153 | 9/6/10 12:14 AM | Comcast Cable |
| Doe 664 | 67.181.42.175 | 10/27/10 6:48 AM | Comcast Cable |
| Doe 665 | 67.181.117.216 | 9/23/10 9:20 AM | Comcast Cable |
| Doe 666 | 67.180.216.8 | 11/4/10 8:11 PM | Comcast Cable |
| Doe 667 | 67.177.194.105 | 9/25/10 5:01 PM | Comcast Cable |
| Doe 668 | 67.176.91.181 | 10/22/10 1:11 PM | Comcast Cable |
| Doe 669 | 67.172.221.31 | 9/9/10 7:46 PM | Comcast Cable |

| Doe 670 | 67.149.85.199 | 11/2/10 10:48 PM | WideOpenWest |
|---------|---------------|------------------|--------------|
| Doe 671 | 67.149.138.165 | 9/26/10 5:29 PM | WideOpenWest |
| Doe 672 | 66.31.241.80 | 9/19/10 2:13 AM | Comcast Cable |
| Doe 673 | 66.27.254.44 | 9/27/10 1:54 AM | Road Runner |
| Doe 674 | 66.229.61.41 | 10/9/10 5:20 AM | Comcast Cable |
| Doe 675 | 66.229.58.250 | 11/10/10 1:33 PM | Comcast Cable |
| Doe 676 | 66.216.231.55 | 10/12/10 9:30 PM | Charter Communications |
| Doe 677 | 66.191.122.193 | 9/17/10 4:40 AM | Charter Communications |
| Doe 678 | 66.169.175.229 | 9/27/10 4:02 AM | Charter Communications |
| Doe 679 | 66.169.10.98 | 10/16/10 12:50 AM | Charter Communications |
| Doe 680 | 66.168.25.52 | 9/22/10 5:53 PM | Charter Communications |
| Doe 681 | 66.41.156.209 | 9/11/10 12:53 PM | Comcast Cable |
| Doe 682 | 66.41.180.139 | 11/1/10 11:48 PM | Comcast Cable |
| Doe 683 | 66.41.218.198 | 11/5/10 7:45 PM | Comcast Cable |
| Doe 684 | 67.140.66.248 | 11/18/10 6:24 PM | Windstream Communications |
| Doe 685 | 67.11.172.234 | 11/9/10 2:14 PM | Road Runner |
| Doe 686 | 67.10.69.165 | 10/19/10 8:54 AM | Road Runner |
| Doe 687 | 66.87.2.32 | 9/26/10 12:18 AM | Sprint PCS |
| Doe 688 | 66.75.36.160 | 10/25/10 12:49 AM | Road Runner |
| Doe 689 | 66.74.201.244 | 9/19/10 11:29 PM | Road Runner |
| Doe 690 | 66.66.46.7 | 11/9/10 9:06 PM | Road Runner |
| Doe 691 | 66.66.211.75 | 10/25/10 3:03 PM | Road Runner |
| Doe 692 | 66.41.246.223 | 9/17/10 9:33 PM | Comcast Cable |
| Doe 693 | 65.34.152.123 | 9/6/10 9:10 PM | Comcast Cable |
| Doe 694 | 68.202.40.71 | 11/4/10 9:05 PM | Road Runner |
| Doe 695 | 68.117.146.183 | 9/26/10 5:23 PM | Charter Communications |
| Doe 696 | 68.115.106.146 | 11/13/10 9:56 PM | Charter Communications |
| Doe 697 | 68.108.4.233 | 10/3/10 10:09 AM | Cox Communications |
| Doe 698 | 68.107.137.138 | 9/6/10 1:47 PM | Cox Communications |
| Doe 699 | 68.104.177.159 | 9/19/10 6:43 PM | Cox Communications |
| Doe 700 | 68.104.164.217 | 9/9/10 3:23 PM | Cox Communications |
| Doe 701 | 68.103.90.128 | 11/13/10 4:08 AM | Cox Communications |
| Doe 702 | 68.103.121.14 | 11/2/10 3:11 AM | Cox Communications |
| Doe 703 | 68.103.106.146 | 9/20/10 4:09 AM | Cox Communications |
| Doe 704 | 68.118.41.75 | 9/23/10 7:29 AM | Charter Communications |
| Doe 705 | 68.118.42.119 | 10/15/10 2:21 AM | Charter Communications |
| Doe 706 | 68.118.61.186 | 10/18/10 12:36 AM | Charter Communications |
| Doe 707 | 68.201.4.175 | 9/18/10 3:39 PM | Road Runner |
| Doe 708 | 68.200.110.115 | 10/1/10 4:04 AM | Road Runner |
| Doe 709 | 68.199.163.176 | 9/29/10 1:13 AM | Optimum Online |
| Doe 710 | 68.193.79.102 | 9/15/10 9:47 AM | Optimum Online |
| Doe 711 | 68.192.116.61 | 10/3/10 10:46 PM | Optimum Online |

| Doe 712 | 68.174.91.157 | 9/11/10 7:53 AM | Road Runner |
|---------|----------------|------------------|-------------|
| Doe 713 | 68.15.3.181 | 9/10/10 12:26 AM | Cox Communications |
| Doe 714 | 68.13.124.216 | 9/23/10 12:43 AM | Cox Communications |
| Doe 715 | 68.12.203.156 | 10/16/10 1:09 AM | Cox Communications |
| Doe 716 | 68.100.231.164 | 10/18/10 8:58 PM | Cox Communications |
| Doe 717 | 68.10.64.153 | 9/11/10 7:50 AM | Cox Communications |
| Doe 718 | 67.253.96.83 | 10/19/10 5:27 PM | Road Runner |
| Doe 719 | 67.253.108.209 | 10/8/10 3:04 AM | Road Runner |
| Doe 720 | 67.250.106.19 | 11/14/10 3:45 PM | Road Runner |
| Doe 721 | 67.247.23.155 | 9/15/10 2:28 PM | Road Runner |
| Doe 722 | 67.246.100.34 | 11/17/10 1:46 AM | Road Runner |
| Doe 723 | 67.240.250.174 | 11/6/10 4:02 PM | Road Runner |
| Doe 724 | 67.191.41.242 | 9/19/10 7:25 PM | Comcast Cable |
| Doe 725 | 67.190.52.160 | 10/30/10 2:38 PM | Comcast Cable |
| Doe 726 | 67.188.81.85 | 10/2/10 3:41 AM | Comcast Cable |
| Doe 727 | 67.41.79.45 | 9/9/10 5:24 PM | Qwest Communications |
| Doe 728 | 67.49.146.152 | 10/3/10 11:28 PM | Road Runner |
| Doe 729 | 67.80.3.157 | 10/10/10 11:06 AM | Optimum Online |
| Doe 730 | 68.10.153.246 | 11/4/10 12:31 AM | Cox Communications |
| Doe 731 | 68.10.143.252 | 9/13/10 8:41 AM | Cox Communications |
| Doe 732 | 68.1.88.30 | 11/5/10 11:41 PM | Cox Communications |
| Doe 733 | 68.1.67.53 | 10/23/10 3:35 AM | Cox Communications |
| Doe 734 | 68.0.188.243 | 11/15/10 1:05 AM | Cox Communications |
| Doe 735 | 67.83.41.147 | 10/14/10 5:27 PM | Optimum Online |
| Doe 736 | 67.82.91.6 | 10/28/10 7:49 AM | Optimum Online |
| Doe 737 | 67.80.64.241 | 10/5/10 4:38 AM | Optimum Online |
| Doe 738 | 67.80.3.187 | 9/5/10 2:14 PM | Optimum Online |
| Doe 739 | 67.186.199.64 | 9/20/10 7:24 AM | Comcast Cable |